**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| PUBLIC CITIZEN and SIERRA CLUB, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| VANTAGE DATA CENTERS MANAGEMENT COMPANY, LLC, VANTAGE DATA CENTERS TX11, LLC, VANTAGE DATA CENTERS TX21, LLC, and VOLTAGRID LLC, | § | No. 5:26-cv-06032-JKP-ESC |
| | § | |
| Defendants. | § | |

**PLAINTIFFS' ADVISORY REGARDING DEFENDANTS' NOTICE OF ANTICIPATED RULE 12(b)(6) MOTION**

Plaintiffs Public Citizen and Sierra Club submit this Advisory under Section 1 of the Court's Standing Order in Civil Cases (ECF No. 11) to inform the Court that Plaintiffs do not intend to amend their Complaint in response to Defendants' notice of an anticipated motion to dismiss under Federal Rule of Civil Procedure 12(b)(6).

## BACKGROUND

1. On September 21, 2026, Plaintiffs filed their Complaint (ECF No. 1) and their Opposed Motion for Preliminary Injunction (ECF No. 6).

2. On September 23, 2026, the Court entered its Standing Order in Civil Cases. ECF No. 11. Section 1 of the Standing Order provides that a party anticipating a Rule 12(b)(6) motion must first confer with opposing counsel and give written notice of the proposed deficiencies, the expected basis of the motion, and the plaintiff's right to amend. *Id.* at 1. "[I]f the Plaintiff intends to amend the pleading, the Plaintiff shall file an Advisory of such intent with the Court within seven (7) days of receipt of the notification letter," and the amended complaint must be filed within

seven days after the Advisory. *Id.* If the complaint is not amended by that deadline, the defendant may file its Rule 12(b)(6) motion. *Id.*

3. On October 2, 2026, the Court extended Defendants' deadline to respond to the Complaint and to the Motion for Preliminary Injunction to October 29, 2026. ECF No. 27 at 3.

4. On October 15, 2026, counsel for the Vantage Defendants sent Plaintiffs' counsel an email, on behalf of all Defendants, giving notice under the Standing Order that Defendants plan to move to dismiss the Complaint under Rule 12(b)(6) on two grounds: (1) that Plaintiffs lack a cause of action because the Clean Air Act's citizen-suit provision, 42 U.S.C. § 7604(a), allows a person to commence an action only "on his own behalf," not as an association suing in a representative capacity; and (2) that, if § 7604(a) authorizes Plaintiffs' suit, it violates the private nondelegation doctrine and Article II of the Constitution, at least as applied to claims Plaintiffs assert in a representative capacity. Counsel for the parties conferred regarding the anticipated motion on October 19, 2026.

**ADVISORY**

5. Plaintiffs have considered Defendants' notice and do not intend to amend their Complaint. Both grounds Defendants identify are legal challenges to the scope and constitutionality of the Clean Air Act's citizen-suit provision. Neither identifies a deficiency in Plaintiffs' factual allegations that an amended pleading could address. Plaintiffs disagree with both grounds and will respond to any motion Defendants file.

6. Accordingly, Defendants may proceed with any Rule 12(b)(6) motion under Section 1(3) of the Standing Order. Plaintiffs understand the Standing Order's provisions regarding later amendment, ECF No. 11 at 1–2, and respectfully do not waive any right to seek leave to amend under Federal Rule of Civil Procedure 15 if circumstances later warrant.

Dated: October 22, 2026

Respectfully submitted,

/s/ Kenneth J. Rumelt
Kenneth J. Rumelt (VT Bar No. 4801)*
Environmental Integrity Project
888 17th St., NW, Suite 810
Washington, D.C. 20006
krumelt@environmentalintegrity.org
Phone: 202-888-2707

Gabriel Clark-Leach (TX Bar No. 24069516)
Environmental Integrity Project
98 San Jacinto Blvd., Suite 400
Austin, Texas 78701
gclark-leach@environmentalintegrity.org
Phone: 202-263-4440

Attorneys for Plaintiffs
* *Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I certify that on October 22, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

/s/ Kenneth J. Rumelt
Kenneth J. Rumelt