**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| PUBLIC CITIZEN and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>VANTAGE DATA CENTERS MANAGEMENT COMPANY, LLC, VANTAGE DATA CENTERS TX11, LLC, VANTAGE DATA CENTERS TX21, LLC, and VOLTAGRID LLC,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 5:26-cv-06032-JKP-ESC |

**JOINT MOTION FOR LEAVE TO FILE AN AMENDED MOTION FOR PRELIMINARY INJUNCTION AND TO SET A BRIEFING SCHEDULE**

Plaintiffs Public Citizen and Sierra Club, Defendants Vantage Data Centers Management Company, LLC, Vantage Data Centers TX11, LLC, and Vantage Data Centers TX21, LLC (together, the "Vantage Defendants"), and Defendant VoltaGrid LLC jointly move under Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule CV-7 for leave for Plaintiffs to file an amended motion for preliminary injunction and to set a briefing schedule for that motion and for Defendants' response to the Complaint, as set out below.

## BACKGROUND

1. On September 21, 2026, Plaintiffs filed their Complaint (ECF No. 1) and their Opposed Motion for Preliminary Injunction (ECF No. 6).

2. On October 2, 2026, the Court extended Defendants' deadline to respond to both the Complaint and the Motion for Preliminary Injunction to October 29, 2026. ECF No. 27 at 3. The Court explained that "allowing for coordinated briefing is more efficient for both the parties

and the Court" and set "one deadline for the Defendants to respond to both the Complaint and the request for a preliminary injunction." *Id.*

3. On October 15, 2026, Defendants notified Plaintiffs under Section 1 of the Court's Standing Order in Civil Cases (ECF No. 11) of an anticipated motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). On October 22, 2026, Plaintiffs filed an Advisory stating that they do not intend to amend their Complaint. ECF No. 29.

4. On October 26, 2026, Plaintiffs notified Defendants that Plaintiffs intend to file an amended motion for preliminary injunction relying on additional evidence and supplemental and corrected declarations. The amended motion would supersede the Opposed Motion for Preliminary Injunction (ECF No. 6) as the motion to which Defendants respond, obviating the need for Defendants to respond to Plaintiffs' First Motion for Preliminary Injunction (ECF No. 6).

## RELIEF REQUESTED

5. Plaintiffs and Defendants have conferred, and Defendants agree to Plaintiffs' request for leave to amend their motion subject to the following relief being entered by the Court[1]:

(a) Plaintiffs are granted leave to file an amended motion for preliminary injunction on or before Monday, November 2, 2026. Defendants' responses to the amended motion shall be due on Monday, November 16, 2026, and Plaintiffs' reply shall be due on Monday, November 23, 2026.

(b) Plaintiffs' amended motion for preliminary injunction may not exceed 22 pages. Defendants reserve the right to seek leave to exceed the page limit for their responses after reviewing the amended motion.

(c) Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint (ECF No. 1), including by any motion under Federal Rule of Civil Procedure 12, is extended to Monday, November 16, 2026. Plaintiffs' response to any such motion shall be due on Monday, December 7, 2026, and Defendants' reply shall be due on Monday, December 14, 2026.

[1] The parties reserve the right to seek further extensions of the deadlines proposed in this motion.

(d) Defendants have no obligation to respond to Plaintiffs' Opposed Motion for Preliminary Injunction filed on September 21, 2026 (ECF No. 6), and the October 29, 2026 deadline for Defendants' responses to that motion (ECF No. 27 at 3) is vacated.

## GOOD CAUSE

6. Good cause exists for this relief. Allowing Plaintiffs to amend their motion before Defendants respond lets the Court decide the request for a preliminary injunction on a single, complete record and relieves Defendants from responding to a motion that is about to be replaced.

7. Good cause also supports the two additional pages requested. Since filing their original motion, Plaintiffs represent they have obtained new evidence relevant to the motion, and the additional pages will allow them to present that evidence together with the arguments in the original motion in a single brief. The enlargement is modest, and all parties agree to it.

8. Setting Defendants' deadline to respond to the Complaint on the same day as their responses to the amended motion preserves the coordinated briefing the Court ordered in granting Defendants' earlier extension requests. ECF No. 27 at 2–3. The preliminary-injunction briefing follows the 14-day and 7-day periods of Local Rule CV-7(d)–(e). The proposed date for Plaintiffs' response to any Rule 12(b)(6) motion is one week later than the 14-day period would provide, to account for the Thanksgiving holiday, and Defendants retain the full 7-day period for their reply.

9. The parties do not seek this relief for purposes of delay, and no party will be prejudiced by it. All parties agree to the requested relief. This motion is filed before the October 29, 2026 deadline it asks the Court to modify. Fed. R. Civ. P. 6(b)(1)(A).

## CONCLUSION

The parties respectfully request that the Court grant this joint motion and enter the attached proposed order.

Dated: October 27, 2026

Respectfully submitted,

/s/ Kenneth J. Rumelt
Kenneth J. Rumelt (VT Bar No. 4801)*
Environmental Integrity Project
888 17th St., NW, Suite 810
Washington, D.C. 20006
krumelt@environmentalintegrity.org
Phone: 202-888-2707

Gabriel Clark-Leach (TX Bar No. 24069516)
Environmental Integrity Project
98 San Jacinto Blvd., Suite 400
Austin, Texas 78701
gclark-leach@environmentalintegrity.org
Phone: 202-263-4440

*Attorneys for Plaintiffs*
* Admitted pro hac vice

/s/ *Liane Noble* (with permission)
Liane Noble
Texas State Bar No. 24079059
VINSON & ELKINS L.L.P.
200 W. 6th Street, Suite 2500
Austin, TX 78701
Telephone: (512) 542-8425
Facsimile: (512) 236-3256
Email: lnoble@velaw.com

Christopher V. Popov
Texas State Bar No. 24032960
VINSON & ELKINS L.L.P.
845 Texas Avenue, Suite 4700
Houston, TX 77002
Telephone: (713) 758-2636
Facsimile: (713) 615-5033
Email: cpopov@velaw.com

Patrick D. Traylor (admission pending)
Joshua S. Johnson (admitted *pro hac vice*)
VINSON & ELKINS L.L.P.
2200 Pennsylvania Ave. NW
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6544
Facsimile: (202) 639-6604
ptraylor@velaw.com
joshjohnson@velaw.com
*Attorneys for Defendants Vantage Data Centers Management Company, LLC, Vantage Data Centers TX11, LLC, and Vantage Data Centers TX21, LLC*

/s/ David A. Terry (with permission)
David A. Terry
Texas State Bar No. 24079447
Leah B. Nommensen
Texas State Bar No. 24101573
Braden L. Dotson
Texas State Bar No. 24120808
Brent A. Rosser [pro hac vice status to confirm]
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, Texas 77002
dterry@hunton.com
leahnommensen@hunton.com

*Attorneys for Defendant VoltaGrid LLC*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(g) and Section 2(b) of the Court's Standing Order (ECF No. 11 at 2), counsel for Plaintiffs conferred with counsel for the Vantage Defendants and counsel for VoltaGrid LLC by email on October 26 and 27, 2026. All parties agree to the relief requested in this motion, which is filed jointly.

/s/ Kenneth J. Rumelt
Kenneth J. Rumelt

**CERTIFICATE OF SERVICE**

I certify that on October 27, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

/s/ Kenneth J. Rumelt
Kenneth J. Rumelt

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| PUBLIC CITIZEN and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>VANTAGE DATA CENTERS MANAGEMENT COMPANY, LLC, et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 5:26-cv-06032-JKP-ESC |

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Motion for Leave to File an Amended Motion for Preliminary Injunction and to Set a Briefing Schedule (ECF No. [__]). Having considered the motion, the Court finds good cause and GRANTS the motion. It is therefore ORDERED that:

1. Plaintiffs are granted leave to file an amended motion for preliminary injunction on or before Monday, November 2, 2026. Defendants' responses to the amended motion shall be due on Monday, November 16, 2026, and Plaintiffs' reply shall be due on Monday, November 23, 2026.

2. Plaintiffs' amended motion for preliminary injunction may not exceed 22 pages. Nothing in this Order precludes Defendants from seeking leave to exceed the page limit for their responses.

3. Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint (ECF No. 1), including by any motion under Federal Rule of Civil Procedure 12, is extended to Monday, November 16, 2026. Plaintiffs' response to any such motion shall be due on Monday, December 7, 2026, and Defendants' reply shall be due on Monday, December 14, 2026.

4. Defendants have no obligation to respond to Plaintiffs' Opposed Motion for Preliminary Injunction filed on September 21, 2026 (ECF No. 6), and the October 29, 2026 deadline for Defendants' responses to that motion (ECF No. 27 at 3) is vacated.

5. Nothing in this Order precludes the parties from seeking further extensions of the deadlines set forth in this Order.

It is so ORDERED.

SIGNED this ____ day of ______________, 2026.

______________________________
ELIZABETH S. CHESTNEY
UNITED STATES MAGISTRATE JUDGE