***Public Citizen, et al. v. Vantage Data Centers Management Company, LLC, et al.***
**No. 5:26-cv-06032-JKP-ESC**

**Plaintiffs Public Citizen and Sierra Club's Mot. to Compel Rule 26(f) Conference**

**Exhibit A**
**Email from K. Rumelt to Counsel (Oct. 29, 2026)**

**From:** Ken Rumelt <KRumelt@environmentalintegrity.org>
**Sent:** Thursday, October 29, 2026 10:34 AM
**To:** Noble, Liane <lnoble@velaw.com>; Terry, David <dterry@hunton.com>
**Cc:** Popov, Chris <cpopov@velaw.com>; Gabriel Clark-Leach <gclark-leach@environmentalintegrity.org>; Traylor, Patrick <ptraylor@velaw.com>; Johnson, Joshua <joshjohnson@velaw.com>; Dotson, Braden <bdotson@hunton.com>; Nommensen, Leah <leahnommensen@hunton.com>; Rosser, Brent <brosser@hunton.com>
**Subject:** Rule 26(f) Conference

---

Hi Liane and David,

First, thank you for looping me into the call with the deputy today.  To confirm, Plaintiffs do not expect you to file a response to Plaintiffs' Motion for Preliminary Injunction today.

Second, if I'm not mistaken, our deadline for a Rule 26(f) conference is approaching on Friday, November 6.  Gabriel and I are available for a conference on Thursday or Friday after 12:00 noon central time each day except for 2-3pm central on Thursday.  Could you suggest a time that works for you and we'll get it on the calendar.

Best,
Ken