***Public Citizen, et al. v. Vantage Data Centers Management Company, LLC, et al.***
**No. 5:26-cv-06032-JKP-ESC**

**Plaintiffs Public Citizen and Sierra Club's Mot. to Compel Rule 26(f) Conference**

**Exhibit D**
**Email from D. Terry to K. Rumelt (Nov. 5, 2026)**

**From:** Terry, David <DTerry@hunton.com>
**Sent:** Thursday, November 5, 2026 5:25 PM
**To:** Ken Rumelt <KRumelt@environmentalintegrity.org>; Noble, Liane <lnoble@velaw.com>
**Cc:** Popov, Chris <cpopov@velaw.com>; Traylor, Patrick <ptraylor@velaw.com>; Johnson, Joshua <joshjohnson@velaw.com>; Dotson, Braden <bdotson@hunton.com>; Nommensen, Leah <leahnommensen@hunton.com>; Rosser, Brent <brosser@hunton.com>; Gabriel Clark-Leach <gclark-leach@environmentalintegrity.org>
**Subject:** RE: Public Citizen v. Vantage Data Centers, No. 5:26-cv-06032: Rule 26(f) Conference

---

Hi Ken,

There is no Rule 26(f) conference “deadline” tomorrow. The appearance contemplated by Rule 16(b)(2) is an answer or Rule 12 motion – neither of which have been filed in this matter. To be explicitly clear, VoltaGrid will not agree to participate in any Rule 26(f) conference until after the Rule 12 motion is filed. In addition, VoltaGrid agrees with Vantage’s position that a Rule 26(f) conference should be deferred until after the preliminary injunction and motion to dismiss are resolved.

Thank you,

David

**David Terry**
Counsel
dterry@hunton.com
p +1 713 220 3667
m REDACTED
**Hunton.com**

---

**From:** Ken Rumelt <KRumelt@environmentalintegrity.org>
**Sent:** Thursday, November 5, 2026 11:08 AM
**To:** Noble, Liane <lnoble@velaw.com>; Terry, David <DTerry@hunton.com>
**Cc:** Popov, Chris <cpopov@velaw.com>; Traylor, Patrick <ptraylor@velaw.com>; Johnson, Joshua <joshjohnson@velaw.com>; Dotson, Braden <bdotson@hunton.com>; Nommensen, Leah <leahnommensen@hunton.com>; Rosser, Brent <brosser@hunton.com>; Gabriel Clark-Leach <gclark-leach@environmentalintegrity.org>
**Subject:** Public Citizen v. Vantage Data Centers, No. 5:26-cv-06032: Rule 26(f) Conference

**This Message Is From An External Sender**

Hunton Andrews Kurth warning: This message came from outside the firm.

Liane and David,

I'm following up on my October 29 and November 3 emails regarding the Rule 26(f) conference. I have not received a response, and we need to schedule the conference.

Rule 26(f) requires the parties to confer "as soon as practicable—and in any event at least 21 days before a scheduling conference is to be held or a scheduling order is due under Rule 16(b)." Fed. R. Civ. P. 26(f)(1). Defendants first appeared on September 29 (ECF Nos. 20, 21, 23), making the scheduling order and proposed scheduling order due on November 30. Fed. R. Civ. P. 16(b)(2); W.D. Tex. Civ. R. CV-16(c).

I previously calculated the Rule 26(f) deadline as November 6. On further review, the conference must occur no later than Monday, November 9. The Court's October 30 order (ECF No. 34) did not alter these deadlines.

Gabriel and I are available today until 2:00 p.m. Central, or tomorrow at any time after 12:00 p.m. Central. I'm not sure what our availability will be on Monday.

We are happy to meet by phone or Teams and will circulate an invitation. We can use the outline from my November 3 email as the agenda.

Please let us know by 5:00 p.m. Central today which of these times works for you. If the parties are unable to conduct the Rule 26(f) conference by Monday, we will need to bring the issue to Judge Chestney's attention.

Best, Ken

**Kenneth J. Rumelt (he/him)**
Senior Attorney
888 17th St. NW, Suite 810
Washington, DC 20006
(202) 888-2707
environmentalintegrity.org

Admitted only in Vermont; Practicing under Rule 49(c)(8) under the supervision of a D.C. Bar member; D.C. Bar Application Pending.

EIP ENVIRONMENTAL INTEGRITY PROJECT