***Public Citizen, et al. v. Vantage Data Centers Management Company, LLC, et al.***
**No. 5:26-cv-06032-JKP-ESC**

**Plaintiffs Public Citizen and Sierra Club's Mot. to Compel Rule 26(f) Conference**

**Exhibit F**
**Email from K. Rumelt Delivering First Requests for Production (Nov. 5, 2026)**

**From:** Ken Rumelt <KRumelt@environmentalintegrity.org>
**Sent:** Thursday, November 5, 2026 2:35 PM
**To:** Noble, Liane <lnoble@velaw.com>; dterry@Hunton.com <dterry@hunton.com>
**Cc:** Popov, Chris <cpopov@velaw.com>; Johnson, Joshua <joshjohnson@velaw.com>; Traylor, Patrick <ptraylor@velaw.com>; leahnommensen@huntonak.com <leahnommensen@huntonak.com>; bdotson@hunton.com <bdotson@hunton.com>; brosser@hunton.com <brosser@hunton.com>; Gabriel Clark-Leach <gclark-leach@environmentalintegrity.org>
**Subject:** Public Citizen v. Vantage Data Centers Management Company, LLC, No. 5:26-cv-06032-JKP-ESC (W.D. Tex.): First RFPs
**Attachments:** 2026-11-05 Plaintiffs First Requests for Production to Vantage Defendants.pdf; 2026-11-05 Plaintiffs First Requests for Production to VoltaGrid.pdf

---

Counsel--

Attached are Plaintiffs' First Requests for Production to the Vantage Defendants and Plaintiffs' First Requests for Production to VoltaGrid.

We are delivering these requests before the Rule 26(f) conference under Fed. R. Civ. P. 26(d)(2)(A), which permits delivery of Rule 34 requests more than 21 days after the summons and complaint are served on a party. The Vantage Defendants were served on September 23, 2026 (ECF Nos. 13–15), and VoltaGrid was served on September 24, 2026 (ECF No. 18). The requests will be considered served at the first Rule 26(f) conference. Fed. R. Civ. P. 26(d)(2)(B).

Please let me know if any Defendant objects to delivery by email.

Best, Ken

**Kenneth J. Rumelt (he/him)**
Senior Attorney
888 17th St. NW, Suite 810
Washington, DC 20006
(202) 888-2707
environmentalintegrity.org

Admitted only in Vermont; Practicing under Rule 49(c)(8) under the supervision of a D.C. Bar member; D.C. Bar Application Pending.

Although I may send an email after working hours, I do not expect you to respond during personal time.

---

*[Earlier messages in this email chain, which concern a separate subject, are omitted.]*