***Public Citizen, et al. v. Vantage Data Centers Management Company, LLC, et al.***
**No. 5:26-cv-06032-JKP-ESC**

**Plaintiffs Public Citizen and Sierra Club's Mot. to Compel Rule 26(f) Conference**

**Exhibit I**
**Email from L. Noble to K. Rumelt and D. Terry (Nov. 5, 2026)**

**From:** Noble, Liane <lnoble@velaw.com>
**Sent:** Thursday, November 5, 2026 5:17 PM
**To:** Ken Rumelt <KRumelt@environmentalintegrity.org>; Terry, David <dterry@hunton.com>
**Cc:** Popov, Chris <cpopov@velaw.com>; Traylor, Patrick <ptraylor@velaw.com>; Johnson, Joshua <joshjohnson@velaw.com>; Dotson, Braden <bdotson@hunton.com>; Nommensen, Leah <leahnommensen@hunton.com>; Rosser, Brent <brosser@hunton.com>; Gabriel Clark-Leach <gclark-leach@environmentalintegrity.org>
**Subject:** RE: Public Citizen v. Vantage Data Centers, No. 5:26-cv-06032: Rule 26(f) Conference

---

Hi Ken,

Plaintiffs rely on Dkt Nos. 20, 21, and 23 to set a September 29 appearance date. Those were all motions for extension of time, not appearances triggering the Rule 16 clock. The Advisory Committee Notes describe a defendant's appearance for purposes of Rule 16(b) as one made "by answer or by a motion under Rule 12." Requests for more time to respond, and similar procedural filings, do not count as an appearance under that rule. The Rule 16(b)(2) and CV-16(c) clock therefore has not started from those filings. No Rule 26(f) deadline has passed, and discovery has not opened.

We are of course amenable to holding the 26f conference at the appropriate time, but that time is not now.

Thank you,
Liane

**Liane Noble**
**Counsel**
**Vinson & Elkins LLP**
**E** lnoble@velaw.com
**W +1.512.542.8425**
200 West 6th Street
Suite 2500
Austin, TX 78701
velaw.com

---

**From:** Ken Rumelt <KRumelt@environmentalintegrity.org>
**Sent:** Thursday, November 5, 2026 11:44 AM
**To:** Noble, Liane <lnoble@velaw.com>; Terry, David <dterry@hunton.com>
**Cc:** Popov, Chris <cpopov@velaw.com>; Traylor, Patrick <ptraylor@velaw.com>; Johnson, Joshua <joshjohnson@velaw.com>; Dotson, Braden <bdotson@hunton.com>; Nommensen, Leah <leahnommensen@hunton.com>; Rosser, Brent <brosser@hunton.com>; Gabriel Clark-Leach <gclark-leach@environmentalintegrity.org>
**Subject:** Re: Public Citizen v. Vantage Data Centers, No. 5:26-cv-06032: Rule 26(f) Conference

[EXTERNAL]

We are not amenable to extending the deadline. We are prepared to have the conference today or tomorrow.

---

**From:** Noble, Liane <lnoble@velaw.com>
**Sent:** Thursday, November 5, 2026 12:36 PM
**To:** Ken Rumelt <KRumelt@environmentalintegrity.org>; Terry, David <dterry@hunton.com>
**Cc:** Popov, Chris <cpopov@velaw.com>; Traylor, Patrick <ptraylor@velaw.com>; Johnson, Joshua <joshjohnson@velaw.com>; Dotson, Braden <bdotson@hunton.com>; Nommensen, Leah <leahnommensen@hunton.com>; Rosser, Brent <brosser@hunton.com>; Gabriel Clark-Leach <gclark-leach@environmentalintegrity.org>
**Subject:** RE: Public Citizen v. Vantage Data Centers, No. 5:26-cv-06032: Rule 26(f) Conference

Understood. Are Plaintiffs willing to entertain any adjustment to the Rule 26(f) conference timing?

Thank you,

Liane

**Liane Noble**

**Counsel**

**Vinson & Elkins LLP**

**E** lnoble@velaw.com

**W +1.512.542.8425**

200 West 6th Street

Suite 2500

Austin, TX 78701

velaw.com

---

**From:** Ken Rumelt <KRumelt@environmentalintegrity.org>
**Sent:** Thursday, November 5, 2026 11:31 AM
**To:** Noble, Liane <lnoble@velaw.com>; Terry, David <dterry@hunton.com>
**Cc:** Popov, Chris <cpopov@velaw.com>; Traylor, Patrick <ptraylor@velaw.com>; Johnson, Joshua <joshjohnson@velaw.com>; Dotson, Braden <bdotson@hunton.com>; Nommensen, Leah <leahnommensen@hunton.com>; Rosser, Brent <brosser@hunton.com>; Gabriel Clark-Leach <gclark-leach@environmentalintegrity.org>
**Subject:** Re: Public Citizen v. Vantage Data Centers, No. 5:26-cv-06032: Rule 26(f) Conference

[EXTERNAL] Plaintiffs oppose.

---

**From:** Noble, Liane <lnoble@velaw.com>
**Sent:** Thursday, November 5, 2026 12:26 PM
**To:** Ken Rumelt <KRumelt@environmentalintegrity.org>; Terry, David <dterry@hunton.com>
**Cc:** Popov, Chris <cpopov@velaw.com>; Traylor, Patrick <ptraylor@velaw.com>; Johnson, Joshua <joshjohnson@velaw.com>; Dotson, Braden <bdotson@hunton.com>; Nommensen, Leah <leahnommensen@hunton.com>; Rosser, Brent <brosser@hunton.com>; Gabriel Clark-Leach <gclark-leach@environmentalintegrity.org>
**Subject:** RE: Public Citizen v. Vantage Data Centers, No. 5:26-cv-06032: Rule 26(f) Conference

Hi Ken,

Thanks for your note. Setting aside the precise calculation of when the 26f conference needs to occur, we are inclined to ask the Court to defer the requirement until after resolution of the motion to dismiss and preliminary injunction motion. Please let us know your thoughts on that alternative approach.

Best,

Liane

**Liane Noble**

Counsel

Vinson & Elkins LLP

E lnoble@velaw.com

W +1.512.542.8425

200 West 6th Street

Suite 2500

Austin, TX 78701

velaw.com

---

**From:** Ken Rumelt <KRumelt@environmentalintegrity.org>
**Sent:** Thursday, November 5, 2026 11:19 AM
**To:** Noble, Liane <lnoble@velaw.com>; Terry, David <dterry@hunton.com>
**Cc:** Popov, Chris <cpopov@velaw.com>; Traylor, Patrick <ptraylor@velaw.com>; Johnson, Joshua <joshjohnson@velaw.com>; Dotson, Braden <bdotson@hunton.com>; Nommensen, Leah <leahnommensen@hunton.com>; Rosser, Brent <brosser@hunton.com>; Gabriel Clark-Leach <gclark-leach@environmentalintegrity.org>
**Subject:** Re: Public Citizen v. Vantage Data Centers, No. 5:26-cv-06032: Rule 26(f) Conference

[EXTERNAL] Actually, November 6 ensures we do not violate the 21-day minimum interval. Moving the conference to Monday, November 9 would leave only 19 days, violating Rule 26(f)(1). Therefore, Friday, November 6 is the deadline.

---

**From:** Ken Rumelt <KRumelt@environmentalintegrity.org>
**Sent:** Thursday, November 5, 2026 12:07 PM

**To:** Noble, Liane <lnoble@velaw.com>; Terry, David <dterry@hunton.com>
**Cc:** Popov, Chris <cpopov@velaw.com>; Traylor, Patrick <ptraylor@velaw.com>; Johnson, Joshua <joshjohnson@velaw.com>; Dotson, Braden <bdotson@hunton.com>; Nommensen, Leah <leahnommensen@hunton.com>; Rosser, Brent <brosser@hunton.com>; Gabriel Clark-Leach <gclark-leach@environmentalintegrity.org>
**Subject:** Public Citizen v. Vantage Data Centers, No. 5:26-cv-06032: Rule 26(f) Conference

Liane and David,

I'm following up on my October 29 and November 3 emails regarding the Rule 26(f) conference. I have not received a response, and we need to schedule the conference.

Rule 26(f) requires the parties to confer "as soon as practicable—and in any event at least 21 days before a scheduling conference is to be held or a scheduling order is due under Rule 16(b)." Fed. R. Civ. P. 26(f)(1). Defendants first appeared on September 29 (ECF Nos. 20, 21, 23), making the scheduling order and proposed scheduling order due on November 30. Fed. R. Civ. P. 16(b)(2); W.D. Tex. Civ. R. CV-16(c).

I previously calculated the Rule 26(f) deadline as November 6. On further review, the conference must occur no later than Monday, November 9. The Court's October 30 order (ECF No. 34) did not alter these deadlines.

Gabriel and I are available today until 2:00 p.m. Central, or tomorrow at any time after 12:00 p.m. Central. I'm not sure what our availability will be on Monday.

We are happy to meet by phone or Teams and will circulate an invitation. We can use the outline from my November 3 email as the agenda.

Please let us know by 5:00 p.m. Central today which of these times works for you. If the parties are unable to conduct the Rule 26(f) conference by Monday, we will need to bring the issue to Judge Chestney's attention.

Best, Ken

**Kenneth J. Rumelt (he/him)**

Senior Attorney

888 17th St. NW, Suite 810

Washington, DC 20006

(202) 888-2707

environmentalintegrity.org

Admitted only in Vermont; Practicing under Rule 49(c)(8) under the supervision of a D.C. Bar member; D.C. Bar Application Pending.

ENVIRONMENTAL INTEGRITY PROJECT

---

**CONFIDENTIALITY NOTICE:** The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an
authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying
of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

Thank You.