**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**PUBLIC CITIZEN, INC., SIERRA CLUB, INC.,**

***Plaintiffs*,**

**v.**

**Case No. 5:26-CV-06032-JKP**

**VOLTAGRID LLC, VANTAGE DATA CENTERS MANAGEMENT COMPANY, LLC, VANTAGE DATA CENTERS TX11, LLC, VANTAGE DATA CENTERS TX21, LLC,**

***Defendants*.**

**ORDER SETTING HEARING**

Before the Court is Plaintiffs' Amended Opposed Motion for Preliminary Injunction, (*ECF No. 35*). **A hearing on the Motion is hereby scheduled for December 15, 2026 at 10:00 AM**. The parties may appear via Zoom, in-person, or a hybrid combination of the two.

Counsel appearing by Zoom shall contact Magda Muzza, the Courtroom Deputy. Ms. Muzza can be reached at (210) 244-5021 or Magda_Muzza@txwd.uscourts.gov. Counsel appearing in-person are informed the hearing shall be held in Courtroom B on the second floor of the San Antonio Federal Courthouse.

The hearing will be recorded by a Court Reporter. All those present must be announced and within view. Any recording of the proceeding by any means is prohibited.

It is so ORDERED.
SIGNED this 19th day of November, 2026.



JASON PULLIAM
UNITED STATES DISTRICT JUDGE