**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**PUBLIC CITIZEN, INC., SIERRA CLUB, INC.,**

***Plaintiffs*,**

**v.**

**VOLTAGRID LLC, VANTAGE DATA CENTERS MANAGEMENT COMPANY, LLC, VANTAGE DATA CENTERS TX11, LLC, VANTAGE DATA CENTERS TX21, LLC,**

***Defendants*.**

**Case No. 5:26-CV-06032-JKP**

## ORDER REGARDING HEARING

A hearing on Plaintiffs' Amended Opposed Motion for Preliminary Injunction, (*ECF No. 35*), is scheduled for **December 15, 2026, at 10:00 a.m.**. Counsel submitted questions to the Courtroom Deputy ahead of the hearing. The Court addresses these logistical matters below.

**Does the Court anticipate a lunch break, or should the parties plan to use the full four hours?**

Neither federal rules nor Texas state rules impose a four-hour cap on the length of preliminary injunction hearings. This reference by counsel is therefore unclear and there will be no set time limit for the duration of the hearing. The Court will anticipate taking a recess from 1:00 p.m. to 1:30 p.m. for a lunch break.

**Does the Court wish the parties to present opening statements and closing arguments?**

The Court has reviewed the Complaint, Plaintiffs' Amended Motion for Preliminary Injunction, Defendants' Responses to the Amended Motion for Preliminary Injunction, and Defendants' Joint Motion to Dismiss. *ECF Nos. 1, 35, 41, 46, 47*. During the first hour of the hearing, the parties shall be prepared to discuss the constitutional and standing issues presented in these filings. Within this first hour, Plaintiffs Public Citizen Inc. and Sierra Club Inc. ("Plaintiffs"), Defendants Vantage Data Centers Management Company LLC, Vantage Data Centers TX11 LLC, and Vantage Data Centers TX21 LLC ("Vantage"), and Defendant Voltagrid LLC ("Voltagrid") shall be allowed to present brief opening statements, should they choose. Time permitting, following the merit-based portion of the hearing, the parties shall be allowed to make brief closing statements that shall not exceed fifteen (15) minutes.

**Does the Court envision a particular allocation of time between the parties? Defendants note that there are two distinct defendant groups and would appreciate the Court's guidance on how time should be allocated between the parties, if there is a preference.**

Moving to the merit-based portion of the hearing, Plaintiffs shall be allowed time not to exceed **two hours** for presentment of argument and evidence. Defendants Vantage and Voltagrid shall be allowed time not to exceed **one hour** for cross examination of Plaintiffs' witnesses. Defendants Vantage and Voltagrid shall be allowed time not to exceed **two hours** for presentment of argument and evidence. Plaintiffs shall be allowed time not to exceed **one hour** for cross-examination of Defendants Vantage and Voltagrid's witnesses. These merit-based timeframes are in addition to any time spent presenting opening or closing statements.

**Will the Court require the parties to submit pre-marked exhibits and objections to the same prior to the hearing?**

The Court observes Plaintiffs attached eighteen (18) exhibits to their Amended Motion for Preliminary Injunction, *see ECF No. 35*, Vantage attached forty-six (46) exhibits to its Response, *see ECF No. 47*, and Voltagrid attached three (3) exhibits to its Response, *see ECF No. 46*. To the extent these exhibits are already in the record, they need not be resubmitted. Any new exhibits submitted for the purposes of the hearing shall be pre-marked and submitted **no later than Friday, December 11, 2026**. **Any objections to exhibits shall also be submitted by this date**. The Court additionally notes for the parties, however, "at the preliminary injunction stage, the procedures in the district court are less formal, and the district court may rely on otherwise inadmissible evidence, including hearsay evidence." *Sierra Club, Lone Star Chapter v. F.D.I.C.*, 992 F.2d 545, 551 (5th Cir. 1993). The Court anticipates considering all evidence submitted by the parties and the Court will entertain objections lodged by the parties.

As detailed in the Court's previous Order, the parties may appear via Zoom, in-person, or a hybrid combination of the two. Counsel appearing by Zoom shall contact Magda Muzza, the Courtroom Deputy. Ms. Muzza can be reached at (210) 244-5021 or Magda_Muzza@txwd.uscourts.gov. Counsel appearing in-person are informed the hearing shall be held in Courtroom B on the second floor of the San Antonio Federal Courthouse.

The hearing will be recorded by a Court Reporter. All those present must be announced and within view. Any recording of the proceeding by any means is prohibited.

It is so ORDERED.
SIGNED this 23rd day of November, 2026.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE