**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| PUBLIC CITIZEN and SIERRA CLUB, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| VANTAGE DATA CENTERS MANAGEMENT COMPANY, LLC, VANTAGE DATA CENTERS TX11, LLC, VANTAGE DATA CENTERS TX21, LLC, and VOLTAGRID LLC, | § | No. 5:26-cv-06032-JKP-ESC |
| | § | |
| Defendants. | § | |
| | § | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A CONSOLIDATED REPLY EXCEEDING THE PAGE LIMIT**

Plaintiffs Public Citizen and Sierra Club move for leave to file a single consolidated reply in support of their Amended Motion for Preliminary Injunction, ECF No. 35, of up to twenty-eight pages, exclusive of the caption, signature block, certificates, tables of contents and authorities, and accompanying documents. Defendants do not oppose this motion.

1. Plaintiffs filed their amended motion under the Court's briefing order, which allowed twenty-two pages and set Plaintiffs' reply for November 23, 2026. ECF No. 34 at 1–2.

2. Defendants filed two separate responses. Each Defendant sought leave to exceed the twenty-page limit, without opposition from Plaintiffs: the Vantage Defendants requested up to twenty-eight pages, and VoltaGrid requested up to twenty-four. ECF Nos. 42, 43. Together, the responses total up to fifty-two pages. ECF Nos. 46, 47.

3. The responses are supported by an extensive new factual record. Vantage's response attaches forty-six exhibits, including declarations from fact witnesses and an air-quality expert. ECF Nos. 47-2 to 47-49. VoltaGrid's response attaches three, including a declaration whose

exhibits span more than 650 pages. ECF Nos. 46-1 to 46-3. The responses also raise issues the amended motion did not address. These include Defendants' contacts with TCEQ staff, the status of the trailer-mounted engines, the standard for irreparable harm, a request for a separate bond hearing, and the constitutional challenge to the citizen-suit provision that both responses incorporate from Defendants' motion to dismiss. *See* ECF No. 49 at 2.

4. Local Rule CV-7(e)(3) limits a reply to ten pages "[u]nless otherwise authorized by the court." Good cause supports the requested enlargement. Plaintiffs will answer both responses in one brief rather than two. Twenty-eight pages is no longer than Vantage's response alone and roughly half the length of Defendants' combined responses. The additional pages will allow Plaintiffs to address each Defendant's evidence so that the Court has a complete record before the December 15, 2026 hearing. ECF No. 50.

5. The Vantage Defendants have represented that they "will not oppose a request by Plaintiffs for leave to file a single consolidated reply in support of the Motion, responding to both Vantage's and VoltaGrid's opposition briefs, not exceeding twenty-eight pages." ECF No. 42 ¶ 5; *see id.* at 3. Counsel for VoltaGrid likewise confirmed in writing on November 15, 2026, that VoltaGrid "does not oppose Plaintiffs' request for a consolidated reply with a limit of 28 pages."

6. In accordance with Local Rule CV-7(b) and the Court's Standing Order, ECF No. 11, Plaintiffs' proposed consolidated reply is attached as Exhibit 1, and a proposed order is attached. Because the reply quotes or describes information Defendants designated as confidential under the Confidentiality and Protective Order, ECF No. 40, Exhibit 1 is a public version that redacts that information. Plaintiffs are concurrently submitting the unredacted reply under seal, as an exhibit to their motion for leave to file under seal, in accordance with Local Rule CV-5.2 and paragraph 12 of the Protective Order.

Plaintiffs respectfully request that the Court grant leave to file a consolidated reply in support of their Amended Motion for Preliminary Injunction of up to twenty-eight pages, exclusive of the caption, signature block, certificates, tables of contents and authorities, and accompanying documents.

Dated: November 23, 2026

Respectfully submitted,

*/s/ Kenneth J. Rumelt*

Kenneth J. Rumelt (VT Bar No. 4801)*
Environmental Integrity Project
888 17th St., NW, Suite 810
Washington, D.C. 20006
krumelt@environmentalintegrity.org
Phone: 202-888-2707

Gabriel Clark-Leach (TX Bar No. 24069516)
Environmental Integrity Project
98 San Jacinto Blvd., Suite 400
Austin, Texas 78701
gclark-leach@environmentalintegrity.org
Phone: 202-263-4440

Attorneys for Plaintiffs
* Admitted pro hac vice

## CERTIFICATE OF CONFERENCE

Counsel for the Vantage Defendants represented in their motion for leave to exceed the page limit that the Vantage Defendants will not oppose Plaintiffs' request for leave to file a single consolidated reply not exceeding twenty-eight pages. ECF No. 42 ¶ 5 & at 3. On November 15, 2026, counsel for VoltaGrid LLC confirmed by email that VoltaGrid does not oppose Plaintiffs' request for a consolidated reply with a limit of twenty-eight pages. On November 23, 2026, counsel for the Vantage Defendants confirmed by email that the Vantage Defendants are unopposed. The motion is therefore unopposed.

/s/ Kenneth J. Rumelt

## CERTIFICATE OF SERVICE

I certify that on November 23, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

*/s/ Kenneth J. Rumelt*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| PUBLIC CITIZEN and SIERRA CLUB, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| VANTAGE DATA CENTERS MANAGEMENT COMPANY, LLC, VANTAGE DATA CENTERS TX11, LLC, VANTAGE DATA CENTERS TX21, LLC, and VOLTAGRID LLC, | § § § § | No. 5:26-cv-06032-JKP-ESC |
| | § | |
| Defendants. | § | |
| | § | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A CONSOLIDATED REPLY EXCEEDING THE PAGE LIMIT**

Before the Court is Plaintiffs' Unopposed Motion for Leave to File a Consolidated Reply Exceeding the Page Limit [#__]. The Court finds good cause to grant the motion.

IT IS THEREFORE ORDERED that the motion is GRANTED. Plaintiffs may file a single consolidated reply in support of their Amended Motion for Preliminary Injunction [#35], responding to both Defendants' responses, not to exceed twenty-eight (28) pages, exclusive of the caption, signature block, certificates, tables of contents and authorities, and any accompanying documents. The Clerk shall file the proposed reply attached as Exhibit 1 to Plaintiffs' motion. The unredacted version of the reply is the subject of Plaintiffs' separate motion for leave to file under seal.

IT IS SO ORDERED.

SIGNED this ____ day of ____________, 2026.

______________________________________

ELIZABETH S. ("BETSY") CHESTNEY

UNITED STATES MAGISTRATE JUDGE