***Public Citizen, et al. v. Vantage Data Centers Management Company, LLC, et al.***
**No. 5:26-cv-06032-JKP-ESC**

**Plaintiffs Public Citizen and Sierra Club's Consolidated Reply in Support of Amended Mot. for Prelim. Injunction**

**Exhibit S**
**SAT-1 Amendment Review Record (TCEQ Project No. 411374, July 2026)**

**From:** Sim Deshpande <SDESHPANDE@ramboll.com>
**Sent:** Wednesday, July 22, 2026 4:40 PM
**To:** Matison Rhodes; korby.bracken
**Cc:** Grace King
**Subject:** RE: TCEQ Air Permit No. 177637 / Project No. 411374 at Voltagrid LLC's Voltagrid Sat-1 Egu site

Hi Matison –

Thanks for the discussion this afternoon. I understand that no further action is needed from VoltaGrid or Ramboll at this time. The permit has proceeded to the Section Manager review and TCEQ will reach back out to us if they have any questions or comments.

Thanks for your help through the process!

Kind regards
**Sim Deshpande**

Senior Managing Consultant

D +1-978-449-0304
M +1-508-314-0828
sdeshpande@ramboll.com

___________________________________

Ramboll
One Technology Park Drive
Westford, MA 01886
https://ramboll.com

Classification: Confidential

---

**From:** Matison Rhodes <Matison.Rhodes@tceq.texas.gov>
**Sent:** Tuesday, July 21, 2026 4:54 PM
**To:** Sim Deshpande <SDESHPANDE@ramboll.com>; korby.bracken <korby.bracken@voltagrid.com>
**Cc:** Grace King <Grace.King@tceq.texas.gov>
**Subject:** RE: TCEQ Air Permit No. 177637 / Project No. 411374 at Voltagrid LLC's Voltagrid Sat-1 Egu site

Good afternoon Sim,

Apologies for any confusion; since allowable annual operating hours are being reduced, please provide justification on how the project is not circumventing any Major NSR permitting by taking this operational limit.

Failure to submit all of the requested information by **July 22, 2026** may result in the TCEQ closing the application with a deficiency. After TCEQ closes the application, you may re-apply through STEERS by filing a new application Form PI-1S (Registrations for Air Standard Permit) and any additional information necessary to demonstrate compliance with the requirements in 30 TAC Chapter 116. TCEQ will retain the original permit fee for six months

and you will not need to submit additional fees with the new application if the original fee was paid correctly.

If you have questions or would like to discuss this project over the phone, feel free to contact me.

Ms. Matison Rhodes
Rule Registration Team
Air Permits Division, Office of Air, TCEQ
(512) 239-1232
Matison.Rhodes@tceq.texas.gov

How are we doing? Fill out our online customer satisfaction survey at www.tceq.texas.gov/customersurvey

---

**From:** Sim Deshpande <SDESHPANDE@ramboll.com>
**Sent:** Tuesday, July 21, 2026 3:33 PM
**To:** Matison Rhodes <Matison.Rhodes@tceq.texas.gov>; korby.bracken <korby.bracken@voltagrid.com>
**Cc:** Grace King <Grace.King@tceq.texas.gov>
**Subject:** RE: TCEQ Air Permit No. 177637 / Project No. 411374 at Voltagrid LLC's Voltagrid Sat-1 Egu site

Hi Matison – "The process description says the site is taking an operational limit by reducing their allowable annual operating hours. Please explain how this isn't circumventing major NSR permitting?"

Can you help me understand what you mean by this question?

The EGU standard permit mechanism allows for a source to accept enforceable operational restrictions to avoid triggering major NSR.

TAC §116.615(2) specifically details how all representations made in air permit applications (including those made in standard permit applications), such as operating limitations, pollution control methods and maximum emission rates become enforceable conditions.

Kind regards
**Sim Deshpande**

Senior Managing Consultant

D +1-978-449-0304
M +1-508-314-0828
sdeshpande@ramboll.com

---

Ramboll
One Technology Park Drive
Westford, MA 01886

https://ramboll.com

Classification: Confidential

**From:** Matison Rhodes <Matison.Rhodes@tceq.texas.gov>
**Sent:** Tuesday, July 21, 2026 2:55 PM
**To:** Sim Deshpande <SDESHPANDE@ramboll.com>; korby.bracken <korby.bracken@voltagrid.com>
**Cc:** Grace King <Grace.King@tceq.texas.gov>
**Subject:** RE: TCEQ Air Permit No. 177637 / Project No. 411374 at Voltagrid LLC's Voltagrid Sat-1 Egu site

Good Afternoon,

The process description says the site is taking an operational limit by reducing their allowable annual operating hours. Please explain how this isn't circumventing major NSR permitting?

Failure to submit all of the requested information by **July 22, 2026** may result in the TCEQ closing the application with a deficiency. After TCEQ closes the application, you may re-apply through STEERS by filing a new application Form PI-1S (Registrations for Air Standard Permit) and any additional information necessary to demonstrate compliance with the requirements in 30 TAC Chapter 116. TCEQ will retain the original permit fee for six months and you will not need to submit additional fees with the new application if the original fee was paid correctly.

If you have questions or would like to discuss this project over the phone, feel free to contact me.

Ms. Matison Rhodes
Rule Registration Team
Air Permits Division, Office of Air, TCEQ
(512) 239-1232
Matison.Rhodes@tceq.texas.gov

How are we doing? Fill out our online customer satisfaction survey at www.tceq.texas.gov/customersurvey

**From:** Sim Deshpande <SDESHPANDE@ramboll.com>
**Sent:** Tuesday, July 21, 2026 8:23 AM
**To:** Matison Rhodes <Matison.Rhodes@tceq.texas.gov>; korby.bracken <korby.bracken@voltagrid.com>

**Cc:** Grace King <Grace.King@tceq.texas.gov>
**Subject:** RE: TCEQ Air Permit No. 177637 / Project No. 411374 at Voltagrid LLC's Voltagrid Sat-1 Egu site

Good morning, Matison – Thank you for the clarification. The Table 29 values have been updated to be based on manufacturer data, that is, J620 engines at 3,223 kWE (4,322 hp) and the J624 Engines at 4,800 kWe (6,437 hp).

In response to your email request below, please see attached the information requested:

1. Updated Table 29 form for J620 engines
2. Updated Table 29 form for J624 engines
3. Engine specs for the J620 and J624 engines
4. Updated calculations and Table 1(a) reflecting the requested hours of operation for the J620 engines and the J624 engines groups.

Please note that the emission factors (lb/hr) for the J620 engines (0.12 lb/hr) used in our calculations are lower than the vendor guarantees (0.15 lb/hr). That is because VoltaGrid has conducted engineering testing on the J620 units already installed at the SAT-1 EGU site (under the previous standard permit authorization) and found that the NOx emissions are well under the 0.12 lb/hr emission levels.

Please let us know if you have any questions or need any additional information. Thanks!

Kind regards
**Sim Deshpande**

Senior Managing Consultant

D +1-978-449-0304
M +1-508-314-0828
sdeshpande@ramboll.com

___________________________________

Ramboll
One Technology Park Drive
Westford, MA 01886
https://ramboll.com

Classification: Confidential

**From:** Matison Rhodes <Matison.Rhodes@tceq.texas.gov>
**Sent:** Monday, July 20, 2026 3:18 PM
**To:** Sim Deshpande <SDESHPANDE@ramboll.com>; korby.bracken <korby.bracken@voltagrid.com>
**Cc:** Grace King <Grace.King@tceq.texas.gov>
**Subject:** RE: TCEQ Air Permit No. 177637 / Project No. 411374 at Voltagrid LLC's Voltagrid Sat-1 Egu site

Good afternoon,

Thank you for this update; however, the items requested have not been addressed. The following items still need to be provided in order to keep the project from being voided.

- The application proposes the J620 engines at 3,223 kWE (4,322 hp) and the J624 Engines at 4,800 kWe (6,437 hp); The Table 29's provided are representing the J620 Engines at 4,440 hp and the J624 Engines at 6,450 hp. Represented Horsepower in the application and Table 29's must match.

Please provide an updated application, Table 29s, and Manufacturer spec sheets for the Engine models to ensure accurate representations are being authorized with this project. Manufacturer data will need to be provided for both engine types to verify actual HP for the engines, and represented HP will need to match both the application, as well as the Table 29's.

If the requested information is not fully provided by noon on Wednesday, July 22, 2026, TCEQ will proceed with voiding the application.

**As an alternative, the company may request to withdraw and resubmit the application.** If the company chooses to withdraw, the application fee may be reused for the future resubmittal. If the application is voided on Friday, the application fee will be forfeit and non-refundable.

Please respond to this email either by addressing all of the requested information in full or requesting withdrawal of the application.

**Failure to submit all of the requested information by noon July 22, 2026 will result in the TCEQ voiding the application.** After TCEQ closes the application, you may re-apply through STEERS by filing a new application Form PI-7/PI-7 CERT (General Application for Registration for Permits by Rule) and any additional information necessary to demonstrate compliance with the requirements in 30 TAC Chapter 106.

If you have questions or would like to discuss this project over the phone, feel free to contact me.

Ms. Matison Rhodes
Rule Registration Team
Air Permits Division, Office of Air, TCEQ
(512) 239-1232
Matison.Rhodes@tceq.texas.gov

---

**From:** Sim Deshpande <SDESHPANDE@ramboll.com>
**Sent:** Monday, July 20, 2026 1:51 PM
**To:** Matison Rhodes <Matison.Rhodes@tceq.texas.gov>; korby.bracken <korby.bracken@voltagrid.com>

**Cc:** Grace King <Grace.King@tceq.texas.gov>
**Subject:** RE: TCEQ Air Permit No. 177637 / Project No. 411374 at Voltagrid LLC's Voltagrid Sat-1 Egu site

Hello Matison – please find attached the updated emissions calculations that show the corrected formaldehyde emissions from J620 and J624 engines. As noted previously, we have removed the 20% safety margin we had added to the formaldehyde emissions in our previous version of the calculations.

Please let us know if you need anything else to issue a standard permit amendment for the SAT-1 EGU site. Thank you!

Kind regards
**Sim Deshpande**

Senior Managing Consultant

D +1-978-449-0304
M +1-508-314-0828
sdeshpande@ramboll.com

___________________________________

Ramboll
One Technology Park Drive
Westford, MA 01886
https://ramboll.com

Classification: Confidential

---

**From:** Sim Deshpande
**Sent:** Monday, July 20, 2026 11:00 AM
**To:** 'Matison Rhodes' <Matison.Rhodes@tceq.texas.gov>; korby.bracken <korby.bracken@voltagrid.com>
**Cc:** Grace King <Grace.King@tceq.texas.gov>
**Subject:** RE: TCEQ Air Permit No. 177637 / Project No. 411374 at Voltagrid LLC's Voltagrid Sat-1 Egu site

Hi Matison – we are not withdrawing the application but will be submitting later today revised calculations to adjust the formaldehyde emissions – we added a 20% safety margin to the formaldehyde emissions that we do not need based on recent stack tests.

Kind regards
**Sim Deshpande**

Senior Managing Consultant

D +1-978-449-0304
M +1-508-314-0828
sdeshpande@ramboll.com

___________________________________

Ramboll
One Technology Park Drive
Westford, MA 01886
https://ramboll.com

**From:** Matison Rhodes <Matison.Rhodes@tceq.texas.gov>
**Sent:** Monday, July 20, 2026 10:31 AM
**To:** Sim Deshpande <sdeshpande@ramboll.com>; korby.bracken <korby.bracken@voltagrid.com>
**Cc:** Grace King <Grace.King@tceq.texas.gov>
**Subject:** RE: TCEQ Air Permit No. 177637 / Project No. 411374 at Voltagrid LLC's Voltagrid Sat-1 Egu site

Good Morning,

Attached is a pre-void letter for this project. If the requested information is not fully provided by noon on Wednesday, July 22, 2026, TCEQ will proceed with voiding the application.

**As an alternative, the company may request to withdraw and resubmit the application.** If the company chooses to withdraw, the application fee may be reused for the future resubmittal. If the application is voided on Friday, the application fee will be forfeit and non-refundable.

Please respond to this email either by addressing all of the requested information in full or requesting withdrawal of the application.

**Failure to submit all of the requested information by noon July 22, 2026 will result in the TCEQ voiding the application.** After TCEQ closes the application, you may re-apply through STEERS by filing a new application Form PI-7/PI-7 CERT (General Application for Registration for Permits by Rule) and any additional information necessary to demonstrate compliance with the requirements in 30 TAC Chapter 106.

If you have questions or would like to discuss this project over the phone, feel free to contact me.

Ms. Matison Rhodes
Rule Registration Team
Air Permits Division, Office of Air, TCEQ
(512) 239-1232
Matison.Rhodes@tceq.texas.gov

How are we doing? Fill out our online customer satisfaction survey at
www.tceq.texas.gov/customersurvey

**From:** Sim Deshpande <sdeshpande@ramboll.com>
**Sent:** Monday, July 13, 2026 6:44 AM

**To:** Matison Rhodes <Matison.Rhodes@tceq.texas.gov>; Korby Bracken <korby.bracken@voltagrid.com>
**Cc:** Dara Winsted <Dara.Winsted@tceq.texas.gov>; Grace King <Grace.King@tceq.texas.gov>
**Subject:** RE: TCEQ Air Permit No. 177637 / Project No. 411374 at Voltagrid LLC's Voltagrid Sat-1 Egu site

Hi Matison – thanks for your comment.

Please see response below.

Kind regards
**Sim Deshpande**

Senior Managing Consultant

D +1-978-449-0304
M +1-508-314-0828
sdeshpande@ramboll.com

____________________________________

Ramboll
One Technology Park Drive
Westford, MA 01886
https://ramboll.com

Classification: Confidential

---

**From:** Matison Rhodes <Matison.Rhodes@tceq.texas.gov>
**Sent:** Friday, July 10, 2026 4:32 PM
**To:** Korby Bracken <korby.bracken@voltagrid.com>; Sim Deshpande <sdeshpande@ramboll.com>
**Cc:** Dara Winsted <Dara.Winsted@tceq.texas.gov>; Grace King <Grace.King@tceq.texas.gov>
**Subject:** RE: TCEQ Air Permit No. 177637 / Project No. 411374 at Voltagrid LLC's Voltagrid Sat-1 Egu site

Good afternoon,

Thank you for quick response Korby, however, I've noticed a discrepancy in the newly provided Table 29's for the Engines. Please respond to the following:

- The application proposes the J620 engines at 3,223 kWE (4,322 hp) and the J624 Engines at 4,800 kWe (6,437 hp); The Table 29's provided are representing the J620 Engines at 4,440 hp and the J624 Engines at 6,450 hp which would put them over the allowable NOx emission rate based on the provided NOx emission factors.
  - Was this an error? If so, please provide updated table 29's to reflect the horsepower of the engines represented in the application.

The NOx emissions are based on an emission rate of 0.12 lb/hr (J620 engines) and 0.22 lb/hr (J624 engines). In the calculation for engines' NOx PTE, their HP is not used in the calculation. This is true for all other criteria pollutants and formaldehyde as well (i.e., based on lb/hr and not lb/hp-hr). This slight change in HP rating will only slightly affect the total HAP emissions from the facility. VoltaGrid would like to use the HP rating provided on Table 29s (J620 Engines at 4,440 hp and the J624 Engines at 6,450 hp).

Failure to submit all of the requested information by **July 13, 2026** may result in the TCEQ closing the application with a deficiency. After TCEQ closes the application, you may re-apply through STEERS by filing a new application Form PI-1S (Registrations for Air Standard Permit) and any additional information necessary to demonstrate compliance with the requirements in 30 TAC Chapter 116. TCEQ will retain the original permit fee for six months and you will not need to submit additional fees with the new application if the original fee was paid correctly.

If you have questions or would like to discuss this project over the phone, feel free to contact me.

Ms. Matison Rhodes
Rule Registration Team
Air Permits Division, Office of Air, TCEQ
(512) 239-1232
Matison.Rhodes@tceq.texas.gov

How are we doing? Fill out our online customer satisfaction survey at
www.tceq.texas.gov/customersurvey

---

**From:** Korby Bracken <korby.bracken@voltagrid.com>
**Sent:** Friday, July 10, 2026 2:06 PM
**To:** Matison Rhodes <Matison.Rhodes@tceq.texas.gov>; Sim Deshpande <sdeshpande@ramboll.com>
**Cc:** Dara Winsted <Dara.Winsted@tceq.texas.gov>; Grace King <Grace.King@tceq.texas.gov>
**Subject:** Re: TCEQ Air Permit No. 177637 / Project No. 411374 at Voltagrid LLC's Voltagrid Sat-1 Egu site

Matison,

Thank you for the assistance - please see attached.

**Korby Bracken, P.E.**
Senior Director – Environment
VoltaGrid LLC

---

**From:** Matison Rhodes <Matison.Rhodes@tceq.texas.gov>
**Sent:** Friday, July 10, 2026 12:04 PM
**To:** Korby Bracken <korby.bracken@voltagrid.com>; Sim Deshpande <sdeshpande@ramboll.com>
**Cc:** Dara Winsted <Dara.Winsted@tceq.texas.gov>; Grace King <Grace.King@tceq.texas.gov>
**Subject:** RE: TCEQ Air Permit No. 177637 / Project No. 411374 at Voltagrid LLC's Voltagrid Sat-1 Egu site

**Caution:** EXTERNAL MESSAGE: Use Caution when opening attachments, clicking on links, or responding.

Good Afternoon,

This is a courtesy reminder that the following information is due by **EOD, today.**

The receipts you have provided are the receipt of the Expedite surcharge. Since this application was submitted as an expedited project there is an additional fee for expediting. The fee for a Standard Electric Generating Units (EGU) permit is $900, which would be in addition to the $500 expedite fee. Please go to this link: TCEQ ePay, to pay the $900 fee for EGU Standard permits.

Failure to submit all of the requested information by **July 10, 2026** may result in the TCEQ closing the application with a deficiency. After TCEQ closes the application, you may re-apply through STEERS by filing a new application Form PI-1S (Registrations for Air Standard Permit) and any additional information necessary to demonstrate compliance with the requirements in 30 TAC Chapter 116. TCEQ will retain the original permit fee for six months and you will not need to submit additional fees with the new application if the original fee was paid correctly.

If you have questions or would like to discuss this project over the phone, feel free to contact me.

Ms. Matison Rhodes
Rule Registration Team
Air Permits Division, Office of Air, TCEQ
(512) 239-1232
Matison.Rhodes@tceq.texas.gov

How are we doing? Fill out our online customer satisfaction survey at www.tceq.texas.gov/customersurvey

---

**From:** Matison Rhodes
**Sent:** Wednesday, July 8, 2026 9:24 AM
**To:** 'Korby Bracken' <korby.bracken@voltagrid.com>; Sim Deshpande <sdeshpande@ramboll.com>
**Cc:** Dara Winsted <Dara.Winsted@tceq.texas.gov>; Grace King <Grace.King@tceq.texas.gov>
**Subject:** RE: TCEQ Air Permit No. 177637 / Project No. 411374 at Voltagrid LLC's Voltagrid Sat-1 Egu site

Good Morning Korby,

The receipts you have provided are the receipt of the Expedite surcharge. Since this application was submitted as an expedited project there is an additional fee for expediting. The fee for a Standard Electric Generating Units (EGU) permit is $900, which would be in addition to the $500 expedite fee. Please go to this link: TCEQ ePay, to pay the $900 fee for EGU Standard permits.

Failure to submit all of the requested information by **July 10, 2026** may result in the TCEQ closing the application with a deficiency. After TCEQ closes the application, you may re-apply through STEERS by filing a new application Form PI-1S (Registrations for Air Standard Permit) and any additional information necessary to demonstrate compliance with the requirements in 30 TAC Chapter 116. TCEQ will retain the original permit fee for six months and you will not need to submit additional fees with the new application if the original fee was paid correctly.

If you have questions or would like to discuss this project over the phone, feel free to contact me.

Ms. Matison Rhodes
Rule Registration Team
Air Permits Division, Office of Air, TCEQ
(512) 239-1232
Matison.Rhodes@tceq.texas.gov

How are we doing? Fill out our online customer satisfaction survey at
www.tceq.texas.gov/customersurvey

---

**From:** Korby Bracken <korby.bracken@voltagrid.com>
**Sent:** Wednesday, July 8, 2026 7:51 AM
**To:** Matison Rhodes <Matison.Rhodes@tceq.texas.gov>; Sim Deshpande <sdeshpande@ramboll.com>
**Cc:** Dara Winsted <Dara.Winsted@tceq.texas.gov>; Grace King <Grace.King@tceq.texas.gov>
**Subject:** Re: TCEQ Air Permit No. 177637 / Project No. 411374 at Voltagrid LLC's Voltagrid Sat-1 Egu site

Mail receipts that I received are attached. Please let me know if I need to go back into STEERS and apply some other fee payment - this is all that was charged when submitting the application.

**Korby Bracken, P.E.**
Senior Director – Environment
VoltaGrid LLC

---

**From:** Matison Rhodes <Matison.Rhodes@tceq.texas.gov>
**Sent:** Tuesday, July 7, 2026 8:30 AM
**To:** Sim Deshpande <sdeshpande@ramboll.com>; Korby Bracken <korby.bracken@voltagrid.com>
**Cc:** Dara Winsted <Dara.Winsted@tceq.texas.gov>; Grace King <Grace.King@tceq.texas.gov>
**Subject:** RE: TCEQ Air Permit No. 177637 / Project No. 411374 at Voltagrid LLC's Voltagrid Sat-1 Egu site

You don't often get email from matison.rhodes@tceq.texas.gov. Learn why this is important

**Caution:** EXTERNAL MESSAGE: Use Caution when opening attachments, clicking on links, or responding.

Good morning,

I am the TCEQ Air Permit Reviewer assigned to the Standard Permit No. 177637 / Project No. 411374 at Voltagrid LLC and Voltagrid Sat-1 Egu in Bexar County, Texas. You have been identified as a Technical Contact.

Thank you for the provided information, it appears there are a few more things needed to complete the project:

- Please provide a separate Table 29 for both the Jenbacher J620 engines and the Jenbacher J624 engines.
- It appears that the EGU fee was not applied in STEERS. Please go to TCEQ ePay, login to your account, and apply the $900 EGU fee. Once completed, please send the receipt back to me so we may have it applied to your project.

In response to your previous email:

Just to clarify, at the end of your email response there is a "Classification: Confidential" indicator. Emission summary tables cannot be confidential, as it is included on the final Technical Review that is available publicly. I am attaching the classified information guidance for your review.

- Confidential Information in Air Permit Applications - Texas Commission on Environmental Quality - www.tceq.texas.gov

Failure to submit all of the requested information by **July 10, 2026** may result in the TCEQ closing the application with a deficiency. After TCEQ closes the application, you may re-apply through STEERS by filing a new application Form PI-1S (Registrations for Air Standard Permit) and any additional information necessary to demonstrate compliance with the requirements in 30 TAC Chapter 116. TCEQ will retain the original permit fee for six months and you will not need to submit additional fees with the new application if the original fee was paid correctly.

If you have questions or would like to discuss this project over the phone, feel free to contact me.

Ms. Matison Rhodes
Rule Registration Team
Air Permits Division, Office of Air, TCEQ
(512) 239-1232
Matison.Rhodes@tceq.texas.gov

How are we doing? Fill out our online customer satisfaction survey at
www.tceq.texas.gov/customersurvey

---

**From:** Sim Deshpande <sdeshpande@ramboll.com>
**Sent:** Saturday, July 4, 2026 8:16 AM
**To:** Korby Bracken <korby.bracken@voltagrid.com>; Matison Rhodes <Matison.Rhodes@tceq.texas.gov>
**Cc:** Dara Winsted <Dara.Winsted@tceq.texas.gov>; Grace King <Grace.King@tceq.texas.gov>
**Subject:** RE: TCEQ Air Permit No. 177637 / Project No. 411374 at Voltagrid LLC's Voltagrid Sat-1 Egu site

Good morning, Matison –

Please see attached the Table 1(a) with the formaldehyde and HAP emissions added.

Let us know if you have any questions or need additional information. Thanks and Happy 4th to all!

Kind regards
**Sim Deshpande**

Senior Managing Consultant

D +1-978-449-0304
M +1-508-314-0828
sdeshpande@ramboll.com

___________________________________

Ramboll
One Technology Park Drive
Westford, MA 01886
https://ramboll.com

Classification: Confidential

---

**From:** Korby Bracken <korby.bracken@voltagrid.com>
**Sent:** Friday, July 3, 2026 10:20 AM
**To:** Matison Rhodes <Matison.Rhodes@tceq.texas.gov>; Sim Deshpande <sdeshpande@ramboll.com>

**Cc:** Dara Winsted <Dara.Winsted@tceq.texas.gov>; Grace King <Grace.King@tceq.texas.gov>
**Subject:** Re: TCEQ Air Permit No. 177637 / Project No. 411374 at Voltagrid LLC's Voltagrid Sat-1 Egu site

Good morning Matison,

Please let me know if you would like the following information in a formal letter response or if this email is sufficient.

- The location of the facility falls into the East Texas Region. The natural gas generators will operate more than 300 hours per year so the NOx limit required is 0.14 lb/MWhr.
- Jenbacher J620 units export 3.3 MW
- Jenbacher J624 units export 4.6 MW
- Sitewide MW capacity:
    - 20 units X 3.3 MW = 66 MW
    - 40 units X 4.6 MW = 184 MW
    - Total 66 + 184 = 250 MW
- @Sim Deshpande since you are the keeper of the most recent application documents can you provide Matison a response to the Table 1(a) update please?

Thank you all and hope everyone has/had a great 4th of July weekend!! Happy 250 America!!

**Korby Bracken, P.E.**
Senior Director – Environment
VoltaGrid LLC

---

**From:** Matison Rhodes <Matison.Rhodes@tceq.texas.gov>
**Sent:** Wednesday, July 1, 2026 2:46 PM
**To:** Korby Bracken <korby.bracken@voltagrid.com>
**Cc:** Dara Winsted <Dara.Winsted@tceq.texas.gov>; Grace King <Grace.King@tceq.texas.gov>
**Subject:** TCEQ Air Permit No. 177637 / Project No. 411374 at Voltagrid LLC's Voltagrid Sat-1 Egu site

You don't often get email from matison.rhodes@tceq.texas.gov. Learn why this is important

**Caution:** EXTERNAL MESSAGE: Use Caution when opening attachments, clicking on links, or responding.

Good afternoon,

I am the TCEQ Air Permit Reviewer assigned to the Standard Permit No. 177637 / Project No. 411374 at Voltagrid LLC and Voltagrid Sat-1 Egu in Bexar County, Texas. You have been identified as a Technical Contact.

I have completed my initial review for this project and will need additional information/clarification before I can proceed with my review. Please address the following:

- Please provide NOx emission limitation in lb/MWhr see below:
  - ☒ *≤10 MW per unit*

    ☒ *East Texas*

    ☐*>300 hrs/yr – 0.14 lb/MWhr*

    ☐*≤300 hrs/yr – 0.47 lb/MWhr*

    ☐*Any unit with capacity ≤250 kW – 0.47*

    ☐ *firing at least 75% landfill/digester/stranded oil field gas or gaseous or liquid renewable fuel (by volume) – 1.90 lb/MWhr*
- Please provide MW rating per unit
- Please provide sitewide MW capacity
- On Pg 13 of the application there are sources of Formaldehyde and HAPs represented, however, on the Table 1(a) HAPs and Formaldehyde are not included. Please provide an updated application to include all sources of pollutants. Please also note that on pg 13 it is indicating that the formaldehyde and haps are not below the threshold. Is this an error?

Failure to submit all of the requested information by **July 8, 2026** may result in the TCEQ closing the application with a deficiency. After TCEQ closes the application, you may re-apply through STEERS by filing a new application Form PI-1S (Registrations for Air Standard Permit) and any additional information necessary to demonstrate compliance with the requirements in 30 TAC Chapter 116. TCEQ will retain the original permit fee for six months and you will not need to submit additional fees with the new application if the original fee was paid correctly.

If you have questions or would like to discuss this project over the phone, feel free to contact me.

Ms. Matison Rhodes
Rule Registration Team
Air Permits Division, Office of Air, TCEQ
(512) 239-1232
Matison.Rhodes@tceq.texas.gov

How are we doing?  Fill out our online customer satisfaction survey at www.tceq.texas.gov/customersurvey

TCEQ

# TEXAS COMMISSION ON ENVIRONMENTAL QUALITY

## Table 1(a) Emission Point Summary

| | | | | | |
|---|---|---|---|---|---|
| **Date:** | June 2026 | **Permit No.:** | Standard Permit Registration Number: 177637 | **Regulated Entity No.:** | RN112050760 |
| **Area Name:** | VoltaGrid SAT-1 EGU | | | **Customer Reference No.:** | CN606076008 |

| **AIR CONTAMINANT DATA** | | | | | |
|---|---|---|---|---|---|
| **1. Emission Point** | | | **2. Component or Air Contaminant Name** | **3. Air Contaminant Emission Rate** | |
| **(A) EPN** | **(B) FIN** | **(C) NAME** | | **(A) LB/HR** | **(B) TPY** |
| GEN-1, GEN-2, GEN-3, GEN-4, GEN-5, GEN-6, GEN-7, GEN-8, GEN-9, GEN-10, GEN-11, GEN-12, GEN-13, GEN-14, GEN-15, GEN-16, GEN-17, GEN-18, GEN-19, GEN-20, GEN-21, GEN-22, GEN-23, GEN-24, GEN-25, GEN-26, GEN-27, GEN-28, GEN-29, GEN-30, GEN-31, GEN-32, GEN-33, GEN-34, GEN-35, GEN-36, GEN-37, GEN-38, GEN-39, GEN-40, GEN-41, GEN-42, GEN-43, GEN-44, GEN-45, GEN-46, GEN-47, GEN-48, GEN-49, GEN-50, GEN-51, GEN-52, GEN-53, GEN-54, GEN-55, GEN-56, GEN-57, GEN-58, GEN-59, GEN-60 | GEN-1, GEN-2, GEN-3, GEN-4, GEN-5, GEN-6, GEN-7, GEN-8, GEN-9, GEN-10, GEN-11, GEN-12, GEN-13, GEN-14, GEN-15, GEN-16, GEN-17, GEN-18, GEN-19, GEN-20, GEN-21, GEN-22, GEN-23, GEN-24, GEN-25, GEN-26, GEN-27, GEN-28, GEN-29, GEN-30, GEN-31, GEN-32, GEN-33, GEN-34, GEN-35, GEN-36, GEN-37, GEN-38, GEN-39, GEN-40, GEN-41, GEN-42, GEN-43, GEN-44, GEN-45, GEN-46, GEN-47, GEN-48, GEN-49, GEN-50, GEN-51, GEN-52, GEN-53, GEN-54, GEN-55, GEN-56, GEN-57, GEN-58, GEN-59, GEN-60 | Electric Generating Units | VOC | 11.20 | 46.76 |
| | | | $NO_X$ | 11.20 | 46.76 |
| | | | CO | 22.56 | 94.19 |
| | | | PM | 9.60 | 40.08 |
| | | | $PM_{10}$ | 9.60 | 40.08 |
| | | | $PM_{2.5}$ | 9.60 | 40.08 |
| | | | $SO_2$ | 5.04 | 21.04 |
| | | | Formaldehyde | 8.00 | 33.40 |
| | | | HAPs | 9.93 | 41.45 |

RAMBOLL

**VoltaGrid LLC**
**SAT-1 EGU Standard Permit Amendment**

## Emissions Summary and Permitting Thresholds

| Emission Source | VOC (Serious Nonattainment) tpy | $NO_X$ (Serious Nonattainment) tpy | CO (Attainment) tpy | $SO_2$ (Attainment) tpy | PM (Attainment) tpy | $PM_{10}$ (Attainment) tpy | $PM_{2.5}$ (Attainment) tpy | Formaldehyde tpy | HAPs tpy |
|---|---|---|---|---|---|---|---|---|---|
| **J620 EGUs** | 10.02 | 10.02 | 24.05 | 5.01 | 10.02 | 10.02 | 10.02 | 8.35 | 10.31 |
| **J624 EGUs** | 36.74 | 36.74 | 70.14 | 16.03 | 30.06 | 30.06 | 30.06 | 25.05 | 31.14 |
| **Two (2) x C32B Emergency Engines** ***(Will be Authorized Separately under PBR 106.511)*** | 0.08 | 3.15 | 0.16 | 0.00 | 0.01 | 0.02 | 0.02 | 0.00 | 0.01 |
| **Total** | **46.84** | **49.91** | **94.34** | **21.04** | **40.09** | **40.10** | **40.10** | **33.40** | **41.46** |
| **Standard Permit Thresholds** [1] | 50 | 50 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| **Below threshold?** | YES | YES | YES | YES | YES | YES | YES | YES | YES |
| **Title V Threshold** | 50 | 50 | 100 | 100 | 100 | 100 | 100 | 10 | 25 |
| **Below threshold?** | YES | YES | YES | YES | YES | YES | YES | **NO** | **NO** |

Notes:

1. Thresholds: https://www.tceq.texas.gov/downloads/permitting/air/publications/nsr/factsheets/rg-636-factsheet-psd-na.pdf
San Antonio is located in an area designated as serious nonattainment for the 2015 8-hour ozone standard. As such, both VOC and NOx (ozone precursors) are subject to a major source threshold of 50 tons/year.

RAMBOLL

**VoltaGrid LLC**
**SAT-1 EGU Standard Permit Amendment**

**VoltaGrid Engine (Generator) Emissions Calculations**

| **Engine Model: Jenbacher J620** | | |
|---|---|---|
| EPN: | GEN-1, GEN-2, GEN-3, GEN-4, GEN-5, GEN-6, GEN-7, GEN-8, GEN-9, GEN-10, GEN-11, GEN-12, GEN-13, GEN-14, GEN-15, GEN-16, GEN-17, GEN-18, GEN-19, GEN-20 | |
| Fuel Type: | Natural Gas | |
| Number of Engines/Generators: | 20 | engines (generators) |
| Engine Power: | 4,322 | HP |
| | 3,223 | kWe |
| Heat Input per Engine: | 24.45 | MMBtu/hr |
| Natural Gas Heating Value: | 1020 | Btu/scf |
| Natural Gas Input per Engine: | 0.02 | MMscf/hr |
| Fuel Consumption: | 5,657 | BTU/hp-hr |
| Hours of Operation per Engine: | 8,350 | hr/yr/engine (average) |
| Hours of Operation for all J620 Engines: | 167,000 | hr/yr (total for all J620 Engines) |
| Total Fuel Usage per Engine: | 200 | MMscf/yr/engine |
| Total Fuel Usage for all 20 J620 engines: | 4,003 | MMscf/yr for all engines |

**Criteria Pollutant Emission Factors**

| Pollutant | Emission Factors (1) | |
|---|---|---|
| VOC | 0.120 | lb/hr |
| $NO_x$ | 0.120 | lb/hr |
| CO | 0.288 | lb/hr |
| $PM/PM_{10}/PM_{2.5}$ | 0.120 | lb/hr |
| $SO_2$ | 0.060 | lb/hr |

1. Emissions (lb/hr) based on manufacturer's specifications + safety factor for all pollutants except VOC and NOx which are based on test data for SAT-1 installed engines.

**Criteria Pollutant Emissions**

| Pollutant | Emissions per Engine | | Total Emissions | |
|---|---|---|---|---|
| | lb/hr | tpy | lb/hr | tpy |
| VOC | 0.12 | 0.50 | 2.4 | 10.02 |
| $NO_x$ | 0.12 | 0.50 | 2.4 | 10.02 |
| CO | 0.29 | 1.20 | 5.8 | 24.05 |
| $PM/PM_{10}/PM_{2.5}$ | 0.12 | 0.50 | 2.4 | 10.02 |
| $SO_2$ | 0.06 | 0.25 | 1.2 | 5.01 |

**VoltaGrid LLC**
**SAT-1 EGU Standard Permit Amendment**

**VoltaGrid Engine (Generator) Emissions Calculations**

**HAP / Toxics Emissions**

| Pollutant | Emission Factor [1] | | Emissions per Engine [2] | | Total Emissions | |
|---|---|---|---|---|---|---|
| | | | lb/hr | tpy | lb/hr | tpy |
| 1,1,2,2-Tetrachloroethane | 4.00E-05 | lb/MMBtu | 4.89E-05 | 2.04E-04 | 9.78E-04 | 4.08E-03 |
| 1,1,2-Trichloroethane | 3.18E-05 | lb/MMBtu | 3.89E-05 | 1.62E-04 | 7.78E-04 | 3.25E-03 |
| 1,3-Butadiene | 2.67E-04 | lb/MMBtu | 3.26E-04 | 1.36E-03 | 6.53E-03 | 2.73E-02 |
| 1,3-Dichloropropene | 2.64E-05 | lb/MMBtu | 3.23E-05 | 1.35E-04 | 6.45E-04 | 2.69E-03 |
| 2-Methylnaphthalene | 3.32E-05 | lb/MMBtu | 4.06E-05 | 1.69E-04 | 8.12E-04 | 3.39E-03 |
| 2,2,4-Trimethylpentane | 2.50E-04 | lb/MMBtu | 3.06E-04 | 1.28E-03 | 6.11E-03 | 2.55E-02 |
| Acenaphthene | 1.25E-06 | lb/MMBtu | 1.53E-06 | 6.38E-06 | 3.06E-05 | 1.28E-04 |
| Acenaphthylene | 5.53E-06 | lb/MMBtu | 6.76E-06 | 2.82E-05 | 1.35E-04 | 5.65E-04 |
| Acetaldehyde | 8.36E-03 | lb/MMBtu | 1.02E-02 | 4.27E-02 | 2.04E-01 | 8.53E-01 |
| Acrolein | 5.14E-03 | lb/MMBtu | 6.28E-03 | 2.62E-02 | 1.26E-01 | 5.25E-01 |
| Benzene | 4.40E-04 | lb/MMBtu | 5.38E-04 | 2.25E-03 | 1.08E-02 | 4.49E-02 |
| Benzo(b)fluoranthene | 1.66E-07 | lb/MMBtu | 2.03E-07 | 8.47E-07 | 4.06E-06 | 1.69E-05 |
| Benzo(e)pyrene | 4.15E-07 | lb/MMBtu | 5.07E-07 | 2.12E-06 | 1.01E-05 | 4.24E-05 |
| Benzo(g,h,i)perylene | 4.14E-07 | lb/MMBtu | 5.06E-07 | 2.11E-06 | 1.01E-05 | 4.23E-05 |
| Biphenyl | 2.12E-04 | lb/MMBtu | 2.59E-04 | 1.08E-03 | 5.18E-03 | 2.16E-02 |
| Carbon Tetrachloride | 3.67E-05 | lb/MMBtu | 4.49E-05 | 1.87E-04 | 8.97E-04 | 3.75E-03 |
| Chlorobenzene | 3.04E-05 | lb/MMBtu | 3.72E-05 | 1.55E-04 | 7.43E-04 | 3.10E-03 |
| Chloroform | 2.85E-05 | lb/MMBtu | 3.48E-05 | 1.45E-04 | 6.97E-04 | 2.91E-03 |
| Chrysene | 6.93E-07 | lb/MMBtu | 8.47E-07 | 3.54E-06 | 1.69E-05 | 7.07E-05 |
| Ethylbenzene | 3.97E-05 | lb/MMBtu | 4.85E-05 | 2.03E-04 | 9.71E-04 | 4.05E-03 |
| Ethylene Dibromide | 4.43E-05 | lb/MMBtu | 5.42E-05 | 2.26E-04 | 1.08E-03 | 4.52E-03 |
| Fluroanthene | 1.11E-06 | lb/MMBtu | 1.36E-06 | 5.67E-06 | 2.71E-05 | 1.13E-04 |
| Fluorene | 5.67E-06 | lb/MMBtu | 6.93E-06 | 2.89E-05 | 1.39E-04 | 5.79E-04 |
| Formaldehyde | 1.00E-01 | lb/hr [3] | 1.00E-01 | 4.18E-01 | 2.00 | 8.35 |
| Methanol | 2.50E-03 | lb/MMBtu | 3.06E-03 | 1.28E-02 | 6.11E-02 | 2.55E-01 |
| Methylene Chloride | 2.00E-05 | lb/MMBtu | 2.45E-05 | 1.02E-04 | 4.89E-04 | 2.04E-03 |
| n-Hexane | 1.11E-03 | lb/MMBtu | 1.36E-03 | 5.67E-03 | 2.71E-02 | 1.13E-01 |
| Naphthalene | 7.44E-05 | lb/MMBtu | 9.10E-05 | 3.80E-04 | 1.82E-03 | 7.59E-03 |
| PAH | 2.69E-05 | lb/MMBtu | 3.29E-05 | 1.37E-04 | 6.58E-04 | 2.75E-03 |
| Phenanthrene | 1.04E-05 | lb/MMBtu | 1.27E-05 | 5.31E-05 | 2.54E-04 | 1.06E-03 |
| Phenol | 2.40E-05 | lb/MMBtu | 2.93E-05 | 1.22E-04 | 5.87E-04 | 2.45E-03 |
| Pyrene | 1.36E-06 | lb/MMBtu | 1.66E-06 | 6.94E-06 | 3.33E-05 | 1.39E-04 |
| Styrene | 2.36E-05 | lb/MMBtu | 2.89E-05 | 1.20E-04 | 5.77E-04 | 2.41E-03 |
| Tetrachlorethane | 2.48E-06 | lb/MMBtu | 3.03E-06 | 1.27E-05 | 6.06E-05 | 2.53E-04 |
| Toluene | 4.08E-04 | lb/MMBtu | 4.99E-04 | 2.08E-03 | 9.98E-03 | 4.16E-02 |
| Vinyl Chloride | 1.49E-05 | lb/MMBtu | 1.82E-05 | 7.60E-05 | 3.64E-04 | 1.52E-03 |
| Xylenes | 1.84E-05 | lb/MMBtu | 2.25E-05 | 9.39E-05 | 4.50E-04 | 1.88E-03 |
| **TOTAL** | | | **0.12** | **0.52** | **2.47** | **10.31** |

**Notes:**

1. Emissions of toxics and HAPs are based on emission factors in AP-42 Chapter 3.2-2.
2. The oxidation catalyst controls organic HAPs and toxics to the same degree as formaldehyde and VOC which is a 95% control efficiency:
   Control efficiency = 95%
3. Manufacturer-provided emission factor for formaldehyde includes 95% control efficiency.
4. Emissions (lb/hr) for Formaldehyde based on manufacturer's specifications + safety factor.

RAMBOLL

**VoltaGrid LLC**
**SAT-1 EGU Standard Permit Amendment**

## VoltaGrid Engine (Generator) Emissions Calculations

| Engine Model: Jenbacher J624 | | |
|---|---|---|
| EPN: | GEN-21, GEN-22, GEN-23, GEN-24, GEN-25, GEN-26, GEN-27, GEN-28, GEN-29, GEN-30, GEN-31, GEN-32, GEN-33, GEN-34, GEN-35, GEN-36, GEN-37, GEN-38, GEN-39, GEN-40, GEN-41, GEN-42, GEN-43, GEN-44, GEN-45, GEN-46, GEN-47, GEN-48, GEN-49, GEN-50, GEN-51, GEN-52, GEN-53, GEN-54, GEN-55, GEN-56, GEN-57, GEN-58, GEN-59, GEN-60 | |
| Fuel Type: | Natural Gas | |
| Number of J624 Qpacs: | 8 | |
| Number of engines in each Qpac: | 5 | |
| Number of Engines/Generators: | 40 | engines (generators) |
| Engine Power: | 6,437 | HP |
| | 4,800 | kWe |
| Heat Input per Engine: | 37.94 | MMBtu/hr |
| Natural Gas Heating Value: | 1020 | Btu/scf |
| Natural Gas Input per Engine: | 0.037 | MMscf/hr |
| Fuel Consumption: | 5,894 | BTU/hp-hr |
| Hours of Operation per Engine: | 8,350 | hr/yr/engine (average) |
| Hours of Operation for all J624 Engines: | 334,000 | hr/yr (total for all J624 Engines) |
| Total Fuel Usage per Engine: | 311 | MMscf/yr/engine |
| Total Fuel Usage for all 40 J624 engines: | 12,423 | MMScf/yr (Total Fuel Usage for all 40 J624 engines) |

**Criteria Pollutant Emission Factors**

| Pollutant | Emission Factors (1) | |
|---|---|---|
| VOC | 0.220 | lb/hr |
| $NO_x$ | 0.220 | lb/hr |
| CO | 0.420 | lb/hr |
| $PM/PM_{10}/PM_{2.5}$ | 0.180 | lb/hr |
| $SO_2$ | 0.096 | lb/hr |

1. Emissions (lb/hr) based on manufacturer's specifications + safety factor for all pollutants except VOC and NOx.

**Criteria Pollutant Emissions**

| Pollutant | Emissions per Engine | | Total Emissions | |
|---|---|---|---|---|
| | lb/hr | tpy | lb/hr | tpy |
| VOC | 0.22 | 0.92 | 8.8 | 36.74 |
| $NO_x$ | 0.22 | 0.92 | 8.8 | 36.74 |
| CO | 0.42 | 1.75 | 16.8 | 70.14 |
| $PM/PM_{10}/PM_{2.5}$ | 0.18 | 0.75 | 7.2 | 30.06 |
| $SO_2$ | 0.10 | 0.40 | 3.8 | 16.03 |

**VoltaGrid LLC**
**SAT-1 EGU Standard Permit Amendment**

**VoltaGrid Engine (Generator) Emissions Calculations**

**HAP / Toxics Emissions**

| Pollutant | Emission Factor [1] | | Emissions per Engine [2] | | Total Emissions | |
|---|---|---|---|---|---|---|
| | | | lb/hr | tpy | lb/hr | tpy |
| 1,1,2,2-Tetrachloroethane | 4.00E-05 | lb/MMBtu | 7.59E-05 | 3.17E-04 | 3.04E-03 | 1.27E-02 |
| 1,1,2-Trichloroethane | 3.18E-05 | lb/MMBtu | 6.03E-05 | 2.52E-04 | 2.41E-03 | 1.01E-02 |
| 1,3-Butadiene | 2.67E-04 | lb/MMBtu | 5.06E-04 | 2.11E-03 | 2.03E-02 | 8.46E-02 |
| 1,3-Dichloropropene | 2.64E-05 | lb/MMBtu | 5.01E-05 | 2.09E-04 | 2.00E-03 | 8.36E-03 |
| 2-Methylnaphthalene | 3.32E-05 | lb/MMBtu | 6.30E-05 | 2.63E-04 | 2.52E-03 | 1.05E-02 |
| 2,2,4-Trimethylpentane | 2.50E-04 | lb/MMBtu | 4.74E-04 | 1.98E-03 | 1.90E-02 | 7.92E-02 |
| Acenaphthene | 1.25E-06 | lb/MMBtu | 2.37E-06 | 9.90E-06 | 9.48E-05 | 3.96E-04 |
| Acenaphthylene | 5.53E-06 | lb/MMBtu | 1.05E-05 | 4.38E-05 | 4.20E-04 | 1.75E-03 |
| Acetaldehyde | 8.36E-03 | lb/MMBtu | 1.59E-02 | 6.62E-02 | 6.34E-01 | 2.65E+00 |
| Acrolein | 5.14E-03 | lb/MMBtu | 9.75E-03 | 4.07E-02 | 3.90E-01 | 1.63E+00 |
| Benzene | 4.40E-04 | lb/MMBtu | 8.35E-04 | 3.48E-03 | 3.34E-02 | 1.39E-01 |
| Benzo(b)fluoranthene | 1.66E-07 | lb/MMBtu | 3.15E-07 | 1.31E-06 | 1.26E-05 | 5.26E-05 |
| Benzo(e)pyrene | 4.15E-07 | lb/MMBtu | 7.87E-07 | 3.29E-06 | 3.15E-05 | 1.31E-04 |
| Benzo(g,h,i)perylene | 4.14E-07 | lb/MMBtu | 7.85E-07 | 3.28E-06 | 3.14E-05 | 1.31E-04 |
| Biphenyl | 2.12E-04 | lb/MMBtu | 4.02E-04 | 1.68E-03 | 1.61E-02 | 6.72E-02 |
| Carbon Tetrachloride | 3.67E-05 | lb/MMBtu | 6.96E-05 | 2.91E-04 | 2.78E-03 | 1.16E-02 |
| Chlorobenzene | 3.04E-05 | lb/MMBtu | 5.77E-05 | 2.41E-04 | 2.31E-03 | 9.63E-03 |
| Chloroform | 2.85E-05 | lb/MMBtu | 5.41E-05 | 2.26E-04 | 2.16E-03 | 9.03E-03 |
| Chrysene | 6.93E-07 | lb/MMBtu | 1.31E-06 | 5.49E-06 | 5.26E-05 | 2.20E-04 |
| Ethylbenzene | 3.97E-05 | lb/MMBtu | 7.53E-05 | 3.14E-04 | 3.01E-03 | 1.26E-02 |
| Ethylene Dibromide | 4.43E-05 | lb/MMBtu | 8.40E-05 | 3.51E-04 | 3.36E-03 | 1.40E-02 |
| Fluroanthene | 1.11E-06 | lb/MMBtu | 2.11E-06 | 8.79E-06 | 8.42E-05 | 3.52E-04 |
| Fluorene | 5.67E-06 | lb/MMBtu | 1.08E-05 | 4.49E-05 | 4.30E-04 | 1.80E-03 |
| Formaldehyde | 1.50E-01 | lb/hr [3] | 1.50E-01 | 6.26E-01 | 6.00 | 25.05 |
| Methanol | 2.50E-03 | lb/MMBtu | 4.74E-03 | 1.98E-02 | 1.90E-01 | 7.92E-01 |
| Methylene Chloride | 2.00E-05 | lb/MMBtu | 3.79E-05 | 1.58E-04 | 1.52E-03 | 6.34E-03 |
| n-Hexane | 1.11E-03 | lb/MMBtu | 2.11E-03 | 8.79E-03 | 8.42E-02 | 3.52E-01 |
| Naphthalene | 7.44E-05 | lb/MMBtu | 1.41E-04 | 5.89E-04 | 5.65E-03 | 2.36E-02 |
| PAH | 2.69E-05 | lb/MMBtu | 5.10E-05 | 2.13E-04 | 2.04E-03 | 8.52E-03 |
| Phenanthrene | 1.04E-05 | lb/MMBtu | 1.97E-05 | 8.24E-05 | 7.89E-04 | 3.29E-03 |
| Phenol | 2.40E-05 | lb/MMBtu | 4.55E-05 | 1.90E-04 | 1.82E-03 | 7.60E-03 |
| Pyrene | 1.36E-06 | lb/MMBtu | 2.58E-06 | 1.08E-05 | 1.03E-04 | 4.31E-04 |
| Styrene | 2.36E-05 | lb/MMBtu | 4.48E-05 | 1.87E-04 | 1.79E-03 | 7.48E-03 |
| Tetrachlorethane | 2.48E-06 | lb/MMBtu | 4.70E-06 | 1.96E-05 | 1.88E-04 | 7.86E-04 |
| Toluene | 4.08E-04 | lb/MMBtu | 7.74E-04 | 3.23E-03 | 3.10E-02 | 1.29E-01 |
| Vinyl Chloride | 1.49E-05 | lb/MMBtu | 2.83E-05 | 1.18E-04 | 1.13E-03 | 4.72E-03 |
| Xylenes | 1.84E-05 | lb/MMBtu | 3.49E-05 | 1.46E-04 | 1.40E-03 | 5.83E-03 |
| **TOTAL** | | | **0.19** | **0.78** | **7.46** | **31.14** |

**Notes:**

1. Emissions of toxics and HAPs are based on emission factors in AP-42 Chapter 3.2-2.
2. The oxidation catalyst provides for control of organic HAPs and toxics:
   Control efficiency = 95%
3. Manufacturer-provided emission factor for formaldehyde includes 95% control efficiency.
4. Emissions (lb/hr) for Formaldehyde based on manufacturer's specifications + safety factor.

RAMBOLL

**VoltaGrid LLC**
**SAT-1 EGU Standard Permit Amendment**

## Black Start Engines Potential Emissions Calculations - *Will be Authorized Separately under PBR 106.511*

| Inputs | | |
|---|---|---|
| **Description** | **Value** | **Units** |
| Engine Rating | 2,012 | bhp |
| Operating Hours | 100 | hr/yr/unit |
| Fuel Type | Ultra Low Sulfur Diesel | |
| Ultra Low Sulfur Diesel Sulfur Content [1] | 15 | ppmw |
| Density (Distillate Oil No. 2) | 7.0 | lb/gal |
| Heating Value (Distillate Oil No. 2) [2] | 138,000 | Btu/gal |
| Brake Specific Fuel Consumption (BSFC) [3] | 7,000 | Btu/hp-hr |
| Heat Input | 14.08 | MMBtu/hr |
| Diesel Usage | 10,206 | gal/yr |
| Quantity | 2 | engines |

[1] Per 40 CFR 1090.305, 15 ppm represents maximum sulfur content for nonroad diesel fuel, as specified in 40 CFR 80.510(b)(1)(i).

[2] The Higher Heating Value (HHV) obtained from 40 CFR 98 Subpart C.

[3] Average brake-specific fuel consumption (BSFC) is based on AP-42 Section 3.4 (Large Stationary Diesel and All Stationary Dual-Fuel Engines), Table 3.4-1 (10/96).

| Emission Factors | | | | Pollutant | Emissions Per Engine/Generator | | Total Emissions | |
|---|---|---|---|---|---|---|---|---|
| **Pollutant** | **Value** | **Units** | | **Name** | **lb/hr** | **tpy** | **lb/hr** | **tpy** |
| CO | 7.72E-04 | lb/hp-hr | (1) | CO | 1.55 | 0.08 | 3.11 | 0.16 |
| NOx | 1.57E-02 | lb/hp-hr | (1) | NOx | 31.54 | 1.58 | 63.08 | 3.15 |
| VOC | 4.19E-04 | lb/hp-hr | (1) | VOC | 0.84 | 0.04 | 1.69 | 0.08 |
| PM-CON | 7.70E-03 | lb/MMBtu | (2) | PM-CON | 0.11 | 0.005 | 0.22 | 0.01 |
| PM | 6.61E-05 | lb/hp-hr | (1) | PM | 0.13 | 0.007 | 0.27 | 0.01 |
| $PM_{10}$ | | | (3) | $PM_{10}$ | 0.24 | 0.012 | 0.48 | 0.02 |
| $PM_{2.5}$ | | | (3) | $PM_{2.5}$ | 0.24 | 0.012 | 0.48 | 0.02 |
| $SO_2$ | 1.06E-05 | lb/hp-hr | (4) | $SO_2$ | 0.02 | 0.001 | 0.04 | 0.00 |
| $H_2SO_4$ | 8.14E-07 | lb/hp-hr | (5) | $H_2SO_4$ | 0.00 | 0.000 | 0.00 | 0.00 |
| Acetaldehyde | 2.52E-05 | lb/MMBtu | (2) | Acetaldehyde | 3.55E-04 | 1.77E-05 | 0.00 | 0.00 |
| Acrolein | 7.88E-06 | lb/MMBtu | (2) | Acrolein | 1.11E-04 | 5.55E-06 | 0.00 | 0.00 |
| Benzene | 7.76E-04 | lb/MMBtu | (2) | Benzene | 1.09E-02 | 5.46E-04 | 0.02 | 0.00 |
| Formaldehyde | 7.89E-05 | lb/MMBtu | (2) | Formaldehyde | 1.11E-03 | 5.56E-05 | 0.00 | 0.00 |
| Propylene | 2.79E-03 | lb/MMBtu | (2) | Propylene | 3.93E-02 | 1.96E-03 | 0.08 | 0.00 |
| Toluene | 2.81E-04 | lb/MMBtu | (2) | Toluene | 3.96E-03 | 1.98E-04 | 0.01 | 0.00 |
| Xylenes | 1.93E-04 | lb/MMBtu | (2) | Xylenes | 2.72E-03 | 1.36E-04 | 0.01 | 0.00 |
| PAH | 2.12E-04 | lb/MMBtu | (2) | PAH | 2.99E-03 | 1.49E-04 | 0.01 | 0.00 |
| Total HAPs | 4.36E-03 | lb/MMBtu | (2) | Total HAPs | 6.15E-02 | 3.07E-03 | 0.12 | 0.01 |
| $CO_2$ | 163.05 | lb/MMBtu | (6) | $CO_2$ | 2,296 | 115 | 4,593 | 230 |
| $CH_4$ | 0.007 | lb/MMBtu | (6) | $CH_4$ | 9.31E-02 | 4.66E-03 | 0.19 | 0.01 |
| $N_2O$ | 0.001 | lb/MMBtu | (6) | $N_2O$ | 1.86E-02 | 9.31E-04 | 0.04 | 0.00 |
| $CO_2e$ | 163.59 | lb/MMBtu | (7) | $CO_2e$ | 2,304 | 115 | 4,608 | 230 |

**NOTES:**

[1] The emergency black start diesel generators will be retrofitted to meet EPA Tier 2 standards. Emission factors based on vendor data have been converted from g/bhp-hr to lb/hp-hr, as shown below.

| Pollutant | g/bhp-hr | lb/hp-hr |
|---|---|---|
| PM-FIL | 0.03 | 0.00007 |
| $NO_X$ | 7.11 | 0.0157 |
| CO | 0.35 | 0.0008 |
| VOC | 0.19 | 0.0004 |

[2] Emission factors for HAPs and PM-CON based on AP-42 Section 3.4 (Large Stationary Diesel and All Stationary Dual-Fuel Engines), Table 3.4-3 and 3.4-4 (10/96).

[3] $PM_{10}$ = filt PM + condensable PM. $PM_{2.5}$ is conservatively assumed to be equal to $PM_{10}$.

[4] SO2 Emission Factor = Average Brake-Specific Fuel Consumption (7000 Btu/hp-hr) / Heating Value Distillate Oil (138,000 Btu/gal) × Density Distillate Oil (7.0 lb/gal) × Concentration of Sulfur (15 ppm) / 1,000,000 ×(64.1 lb/lb-mol SO2 / 32.1 lb/lb-mol S).

[5] $H_2SO_4$ emissions were calculated by conservatively assuming that 5 percent by weight of $SO_2$ emissions oxidizes to sulfur trioxide ($SO_3$) in the RICE. The calculation assumes that 100 percent of the $SO_3$ converts to $H_2SO_4$.

| Source | Pollutant | Mol Wt. (MW) | Conversion | lb/hp-hr |
|---|---|---|---|---|
| RICE | $SO_2$ | 64.07 | -- | 1.06E-05 |
| | $SO_3$ | 80.06 | 5% | 6.65E-07 |
| Total | $SO_3$ | 80.06 | -- | 6.65E-07 |
| | $H_2SO_4$ | 98.08 | 100% | 8.14E-07 |

[6] Emission factors for $CO_2$, $CH_4$ and $N_2O$ are taken from 40 CFR Part 98 Table C-1 and C-2. values are converted from kg/MMBtu to lb/MMBtu.

[7] Global warming potentials are taken from 40 CFR Part 98 Table A-1, as shown below.

| GWP | |
|---|---|
| $CO_2$ | 1 |
| $CH_4$ | 28 |
| $N_2O$ | 265 |

RAMBOLL

VoltaGrid LLC
SAT-1 EGU

## Diesel Storage Tanks Potential Emissions Calculations - VOC Emissions (PBR 106.472)

| Parameter Description[a] | Equation | Parameter |
|---|---|---|
| Tank Contents | | Diesel Fuel |
| Tank Height (H) (ft) | | 15.00 |
| Tank Diameter (D) (ft) | | 5.00 |
| Tank Effective Diameter ($D_E$) (ft) | For horizontal tanks $D_E = \sqrt{[LD/(\pi/4)]}$ | 9.77 |
| Tank Dome Roof Radius ($R_R$), ft | Dome Roofs: Assumed $R_R$ = D, Flat Roofs: N/A | N/A |
| Tank Shell Height ($H_S$), ft | [Use height of horizontal tank] | 15.0 |
| Effective Height ($H_E$), ft | For horizontal Tanks: $H_E = (\pi/4)D_E$ | 7.7 |
| Nominal Capacity, $ft^3$ | | 294.5 |
| Nominal Capacity (gal) | | 2,203 |
| Liquid Height ($H_L$), ft | Assumed = $0.9H_S$ | 13.5 |
| Tank Cone Roof Slope ($S_R$), ft/ft | 0.0625 - Unknown Slope | 0.0625 |
| Tank Roof Height ($H_R$), ft | $HR = S_R R_S$ | 0.938 |
| Roof Outage ($H_{RO}$), ft | Dome Roofs: $H_{RO} = H_R [(1/2)+(1/6)(H_R/R_S)^2]$, Cone Roofs: $H_{RO} = 1/3H_{R,}$ Flat Roofs: $H_{RO} = 0$ | 0.3125 |
| Vapor Space Outage ($H_{VO}$), ft | Vertical tanks (used for rectangular tank): $H_{VO} = H_S - H_L + H_{RO,}$ Horizontal tanks: $H_{VO} = H_E/2$ | 3.8 |
| Vapor Space Volume ($V_V$), $ft^3$ | For horizontal tank: $H_{VO} \times (\pi/4\ D_E^2)$ | 287.8 |
| Ideal Gas Constant (R), psia $ft^3$/lb-mole R | Constant | 10.731 |
| Daily Maximum Ambient Temperature ($T_{AX}$), R [b] | AP-42, Table 7.1-7 | 539.5 |
| Daily Minimum Ambient Temperature ($T_{AN}$), R [b] | AP-42, Table 7.1-7 | 519.2 |
| Daily Average Ambient Temperature ($T_{AA}$), R | $T_{AA} = (T_{AX} + T_{AN})/2$ | 529.3 |
| Paint Solar Absorptance (α), dimensionless [c] | AP-42, Table 7.1-6 | 0.97 |
| Liquid Bulk Temperature ($T_B$), R | $T_B = T_{AA} + 6a - 1$ | 534.1 |
| Daily Total Solar Insolation Factor (I), Btu/$ft^2$ d [b] | AP-42, Table 7.1-7 | 1,477.0 |
| Daily Average Liquid Surface Temperature ($T_{LA}$), R | $T_{LA} = 0.4T_{AA} + 0.6T_B + 0.005\ \alpha I$ | 539.4 |
| Vapor Molecular Weight ($M_V$), lb/lb-mole | Vapor Molecular weight of diesel fuel | 130 |
| Vapor Pressure at $T_{LA}$ ($P_{VA}$), psia | Raoult's Law or Antoine Equation | 0.0089 |
| Vapor Density ($W_V$), lb/$ft^3$ | $W_V = M_V P_{VA}/RT_{LA}$ | 0.00020 |
| Daily Ambient Temperature Range ($T_A$), R | $T_A = T_{AX} - T_{AN}$ | 20.3 |
| Daily Vapor Temperature Range ($T_V$), R | $T_V = 0.7T_A + 0.02\ aI$ | 42.9 |

Detailed Emissions Calculations

Diesel Belly Tanks

RAMBOLL

VoltaGrid LLC
SAT-1 EGU

## Diesel Storage Tanks Potential Emissions Calculations - VOC Emissions (PBR 106.472)

| Parameter Description[a] | Equation | Parameter |
|---|---|---|
| Vapor Pressure at $T_{AN}$ ($P_{VN}$), psia | Raoult's Law or Antoine Equation | 0.0064 |
| Vapor Pressure at $T_{AX}$ ($P_{VX}$), psia | Raoult's Law or Antoine Equation | 0.0122 |
| Daily Vapor Pressure Range ($P_V$), psia | $P_V = P_{VX} - P_{VN}$ | 0.0058 |
| Breather Vent Pressure Setting Range ($P_B$), psia | $P_B = P_{BP} - P_{BV}$ (Assumed = 0.06) | 0.06 |
| Atmospheric Pressure ($P_A$), psia | Constant | 14.7 |
| Vapor Space Expansion Factor ($K_E$), dimensionless | $K_E = T_V/T_{LA} + (P_V - P_B)/(P_A - P_{VA})$ | 0.08 |
| Vented Vapor Saturation Factor ($K_S$), dimensionless | $K_S = 1/(1 + 0.053P_{VA}H_{VO})$ | 1.0 |
| Number of Days/Year in Operation | Constant | 365 |
| Standing Storage Losses ($L_S$), lb/year | $L_S = 365\ W_VV_VK_EK_S$ | 1.58 |
| Liquid Density (lb/gal) | Density of diesel fuel | 7.10 |
| Potential Throughput (Q), gal | 100 hours of operation at 100% load | 10,206 |
| Potential Throughput (Q), bbl | Throughput is in bbls (42 gal/bbl) | 243.0 |
| Maximum Liquid Height ($H_{LX}$), ft | Assumed = $0.9H_S$ | 13.5 |
| Tank Maximum Liquid Volume ($V_{LX}$), $ft^3$ | Assumed = 0.9*Nominal Capacity | 265.1 |
| Turnovers (N), dimensionless | $N = 5.614Q/V_{LX}$ | 5.1 |
| Turnover Factor ($K_N$), dimensionless | For $N \leq 36$ $K_N = 1$, | 1.0 |
| | For $N > 36$ $K_N = (180 + N)/6N$ | |
| Working Loss Factor ($K_P$), dimensionless | For Organic Liquids, $K_P = 1$ | 1.0 |
| Working Losses ($L_W$), lb/year | $L_W = 0.001M_VP_{VA}QK_NK_P$ | 0.28 |
| Total Uncontrolled Losses ($L_T$), lb/year/tank | $T_L = L_S + L_W$ | **1.86** |
| Total Uncontrolled Losses ($L_T$), ton/year/tank | 2,000 lb/ton | **9.31E-04** |
| Total Uncontrolled Losses ($L_T$), lb/hr/tank | 8,760 hr/yr | **2.12E-04** |
| Total Number of Tanks | -- | **2** |
| Total Uncontrolled Losses ($L_T$), lb/hr | All Tanks, 8,760 hr/yr | **0.0004** |
| Total Uncontrolled Losses ($L_T$), tons/year | All Tanks, 8,760 hr/yr | **0.0019** |

**NOTES:**

(a) Emissions calculated according to the methodology presented in AP-42, Section 7.1 with adjustments made to account for vapor space volume of the proposed horizontal diesel tank.

(b) Meteorological data from AP-42, Table 7.1-7 for San Antonio, TX was used.

(c) Max paint solar absorptance from AP-42, Table 7.1-6 for tanks in new condition.

# Texas Commission on Environmental Quality
# Table 29 Reciprocating Engines

## I. Engine Data

| Manufacturer: | Model No. | Serial No. | Manufacture Date: |
|---|---|---|---|
| Rebuilds Date: | No. of Cylinders: | Compression Ratio: | EPN: |

**Application:** ☐ Gas Compression ☐ Electric Generation ☐ Refrigeration ☐ Emergency/Stand by

☐ 4 Stroke Cycle ☐ 2 Stroke Cycle ☐ Carbureted ☐ Spark Ignited ☐ Dual Fuel ☐ Fuel Injected

☐ Diesel ☐ Naturally Aspirated ☐ Blower /Pump Scavenged ☐ Turbo Charged and I.C. ☐ Turbo Charged

☐ Intercooled ☐ I.C. Water Temperature ☐ Lean Burn ☐ Rich Burn

**Ignition/Injection Timing:** Fixed: Variable:

Manufacture Horsepower Rating**:** Proposed Horsepower Rating:

**Discharge Parameters**

| Stack Height (Feet) | Stack Diameter (Feet) | Stack Temperature ($^{o}$F) | Exit Velocity (FPS) |
|---|---|---|---|
| | | | |

## II. Fuel Data

Type of Fuel: ☐ Field Gas ☐ Landfill Gas ☐ LP Gas ☐ Natural Gas ☐ Digester Gas ☐ Diesel

Fuel Consumption (BTU/bhp-hr): Heating Value: Lower Heating Value:

Sulfur Content (grains/100 scf - weight %):

## III. Emission Factors (Before Control)

| $NO_X$ | | CO | | $SO_2$ | | VOC | | Formaldehyde | | $PM_{10}$ | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| g/hp-hr | ppmv | g/hp-hr | ppmv | g/hp-hr | ppmv | g/hp-hr | ppmv | g/hp-hr | ppmv | g/hp-hr | ppmv |
| | | | | | | | | | | | |

Source of Emission Factors: ☐ Manufacturer Data ☐ AP-42 ☐ Other (specify):

## IV. Emission Factors (Post Control)

| $NO_X$ | | CO | | $SO_2$ | | VOC | | Formaldehyde | | $PM_{10}$ | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| g/hp-hr | ppmv | g/hp-hr | ppmv | g/hp-hr | ppmv | g/hp-hr | ppmv | g/hp-hr | ppmv | g/hp-hr | ppmv |
| | | | | | | | | | | | |

Method of Emission Control: ☐ NSCR Catalyst ☐ Lean Operation ☐ Parameter Adjustment

☐ Stratified Charge ☐ JLCC Catalyst ☐ Other (Specify):______________________________

***Note:*** *Must submit a copy of any manufacturer control information that demonstrates control efficiency.*

Is Formaldehyde included in the VOCs? ☐ Yes ☐ No

## V. Federal and State Standards (Check all that apply)

☐ NSPS JJJJ ☐ MACT ZZZZ ☐ NSPS IIII ☐ Title 30 Chapter 117 - List County: ____________________

## VI. Additional Information

1. Submit a copy of the engine manufacturer's site rating or general rating specification data.
2. Submit a typical fuel gas analysis, including sulfur content and heating value. For gaseous fuels, provide mole percent of constituents.
3. Submit description of air/fuel ratio control system (manufacturer information is acceptable).

# Texas Commission on Environmental Quality
# Table 29 Reciprocating Engines

## I. Engine Data

| Manufacturer: | Model No. | Serial No. | Manufacture Date: |
|---|---|---|---|
| Rebuilds Date: | No. of Cylinders: | Compression Ratio: | EPN: |

**Application:** ☐ Gas Compression ☐ Electric Generation ☐ Refrigeration ☐ Emergency/Stand by

☐ 4 Stroke Cycle ☐ 2 Stroke Cycle ☐ Carbureted ☐ Spark Ignited ☐ Dual Fuel ☐ Fuel Injected

☐ Diesel ☐ Naturally Aspirated ☐ Blower /Pump Scavenged ☐ Turbo Charged and I.C. ☐ Turbo Charged

☐ Intercooled ☐ I.C. Water Temperature ☐ Lean Burn ☐ Rich Burn

| **Ignition/Injection Timing:** | Fixed: | Variable: |
|---|---|---|

| Manufacture Horsepower Rating**:** | Proposed Horsepower Rating: |
|---|---|

**Discharge Parameters**

| Stack Height (Feet) | Stack Diameter (Feet) | Stack Temperature (°F) | Exit Velocity (FPS) |
|---|---|---|---|
| | | | |

## II. Fuel Data

Type of Fuel: ☐ Field Gas ☐ Landfill Gas ☐ LP Gas ☐ Natural Gas ☐ Digester Gas ☐ Diesel

| Fuel Consumption (BTU/bhp-hr): | Heating Value: | Lower Heating Value: |
|---|---|---|

Sulfur Content (grains/100 scf - weight %):

## III. Emission Factors (Before Control)

| $NO_X$ | | CO | | $SO_2$ | | VOC | | Formaldehyde | | $PM_{10}$ | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| g/hp-hr | ppmv | g/hp-hr | ppmv | g/hp-hr | ppmv | g/hp-hr | ppmv | g/hp-hr | ppmv | g/hp-hr | ppmv |
| | | | | | | | | | | | |

Source of Emission Factors: ☐ Manufacturer Data ☐ AP-42 ☐ Other (specify):

## IV. Emission Factors (Post Control)

| $NO_X$ | | CO | | $SO_2$ | | VOC | | Formaldehyde | | $PM_{10}$ | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| g/hp-hr | ppmv | g/hp-hr | ppmv | g/hp-hr | ppmv | g/hp-hr | ppmv | g/hp-hr | ppmv | g/hp-hr | ppmv |
| | | | | | | | | | | | |

Method of Emission Control: ☐ NSCR Catalyst ☐ Lean Operation ☐ Parameter Adjustment

☐ Stratified Charge ☐ JLCC Catalyst ☐ Other (Specify):______________________________

***Note:*** *Must submit a copy of any manufacturer control information that demonstrates control efficiency.*

Is Formaldehyde included in the VOCs? ☐ Yes ☐ No

## V. Federal and State Standards (Check all that apply)

☐ NSPS JJJJ ☐ MACT ZZZZ ☐ NSPS IIII ☐ Title 30 Chapter 117 - List County: ____________________

## VI. Additional Information

1. Submit a copy of the engine manufacturer’s site rating or general rating specification data.
2. Submit a typical fuel gas analysis, including sulfur content and heating value. For gaseous fuels, provide mole percent of constituents.
3. Submit description of air/fuel ratio control system (manufacturer information is acceptable).

INNIO Jenbacher

**July 24, 2025**

INNIO Jenbacher confirms that the pollutants, in the amounts listed below, are confirmed as valid "NOT TO EXCEED" values, for stationary applications per engine for the:

**VoltaGrid QPAC project, J620-J785 engines, operated at 3223 kWe at 1900 ft above sea level / 115°F (T0)**

## Emission values (as half hour average values) *):

| Pollutant | lb/hr | tpy (8760 h base) |
|---|---|---|
| NOX | 0.15 | 0.68 |
| CO | 0.24 | 1.06 |
| VOC (as NMNEHC, expressed as C) | 0.12 | 0.53 |
| CH2O | 0.1 | 0.44 |
| PM2.5 | 0.1 | 0.44 |
| PM10 | 0.1 | 0.44 |
| SO2**) | 0.05 | 0.22 |

| Pollutant | Testing by |
|---|---|
| NOx | EPA method 7E, or EN 14792 (CLD) |
| CO | EPA method 10, or DIN EN 15058 (NDIR) |
| VOC (NMNEHC) | Evaluated using single determination of $C_xH_y$ from dry exhaust gas with GC-WLD or GC-FID. Every component must be calibrated. Collective test over 30 minutes or the average of 10 single measurements within 30 minutes |
| CH2O | VDI3862-Page 2 (AHMT), or 4 (DNPH), or 8 (FTIR) or equivalent US measurement method, e.g. FTIR according EPA method 320 |
| PM2.5 / PM10 | EN-13284-1 |
| SO2 **) | Wet sampling and ion-chromatography variant according ISO11632 or DIN EN 14791 |

*) Emission values account no measurement tolerances.
**) No guarantee as main impacting factor is typically the Sulphur content of the fuel. Lubrication oil Sulphur is a minor factor and depends on brand and type.

## Definitions:

NOx as NO2
NMNEHC Non-Methane-Non-Ethane-Hydrocarbons (only $C_xH_y$ species with x>2 + C2H4), calculated as C
CH2O Formaldehyde

## The following criteria apply for demonstration purposes:

1) Operation will be on Combustion Air and Natural Gas, which must meet the INNIO Jenbacher gas quality requirements stated in the Technical Instruction 1000-0300.
2) Emission values are based on the fuel gas analysis (Appendix I).
3) Based on the nominal mass flow provided by the project specific data sheets.
4) For operation between 85% and 100% stable load (not for transient load events in Island mode).

5) The emission values apply after the ATS has reached the specified functional temperature, the reductant dosing release was given, and the Emissions Controller has balanced all actuators to the target value.
6) To manage the drift in emission quality of the engine, resulting from an expected upward drift coming from fuel or oil deposits build up in the engine, VoltaGrid shall regularly monitor and control emissions.
7) VoltaGrid shall manage this drift through regular maintenance and repair schedules along with the use of genuine INNIO Jenbacher parts and components.
8) NOx drift can be compensated to a certain extent by calibration of engine operating parameters in the DIA.NE XT controls system by specially trained qualified personnel.
9) Excessive deposits resulting from gas or oil related contamination may require the cleaning of the combustion chamber, turbochargers and aftertreatment system.
10) Maintenance and component repairs for the INNIO Jenbacher Gas Engines and ATS equipment is carried out by qualified personnel strictly according to the schedule and repair requirements set by INNIO Jenbacher along with the use of genuine INNIO Jenbacher parts and components.
11) Testing to determine compliance with this commitment will be at the expense of the customer and accomplished by a certified laboratory chosen by the customer. The engine/installation is to be in good working order consistent with INNIO Jenbacher recommended maintenance practices prior to any testing. INNIO Jenbacher reserves the right to participate and/or challenge the results of any testing.

If the engine fails to meet the emissions representations the customer must provide the following supporting documentation to INNIO Jenbacher:

1) Fuel gas samples
2) Complete maintenance records
3) A full report including the calculations and results of any emissions testing.

INNIO Jenbacher will be given a reasonable amount of time to take any or all of the following actions:

- Perform additional testing in an effort demonstrate the emissions representations. If this testing demonstrates compliance with no adjustments required to the engine, customer will pay for added testing. If testing fails to demonstrate compliance with the emissions representations, the testing will be paid for by INNIO Jenbacher.
- Make such adjustments to the engine so as to bring the engine into compliance with the emissions limits provided in this letter.

## Declaration (acc. ISO/IEC 17050-1:2004)

We hereby confirm that stationary Jenbacher Gas Engines are labelled as follows:

“THIS ENGINE IS EXCLUDED FROM THE REQUIREMENT OF 40 CFR PART 1048 AS A “STATIONARY ENGINE”. INSTALLING OR USING THIS ENGINE IN ANY OTHER APPLICATION MAY BE A VIOLATION OF FEDERAL LAW SUBJECTED TO CIVIL PENALTY AND THE OWNER/OPERATOR MUST COMPLY WITH THE REQUIREMENT OF CFR PART 60. THIS ENGINE IS NOT PART OF A REQUIRED OR VOLUNTARY CERTIFICATION PROGRAM AND IS CLASSIFIED AS NON-CERTIFIED PER 40 CFR PART 60, SUBPART JJJJ”.

INNIO Jenbacher GmbH & Co OG
Achenseestrasse 1-3
6020 Jenbach

Released by: Martin Widner

**Appendix I (Binding fuel gas composition used for emissions prediction):**

**Natural Gas: Analysis RBX Oasis Waha Delivery, July 2025**

| Component | Vol% or Mol% |
|---|---|
| Methane (CH4) | 95.340 |
| Ethane (C2H6) | 3.370 |
| Propane (C3H8) | 0.159 |
| Iso-Butane (C4H10) | 0.010 |
| n-Butane (C4H10) | 0.017 |
| Iso-Pentane (C5H12) | 0.003 |
| n-Pentane (C5H12) | 0.003 |
| C6+ | 0.002 |
| CO2 | 0.004 |
| N2 | 1.093 |
| Sulfur | not detectable |

INNIO

Jenbacher

**24/07/2025**

INNIO Jenbacher confirms that the pollutants, in the amounts listed below, are confirmed as valid "NOT TO EXCEED" values, for stationary applications per engine for the:

**VoltaGrid QPAC project, J624-L3785 4,8 MWe engine at 1900 ft above sea level / 115°F (T0)**

**Emission values (as half hour average values) *):**

| **Pollutant** | **lb/hr** | **tpy (base 8760 oph/y)** |
|---|---|---|
| NOx | 0.22 | 0.97 |
| CO | 0.35 | 1.49 |
| VOC (as NMNEHC, expressed as C) | 0.22 | 0.97 |
| CH2O | 0.15 | 0.66 |
| PM2.5 / PM10 | 0.15 | 0.66 |
| SO2**) | 0.08 | 0.35 |

| **Pollutant** | **Testing by** |
|---|---|
| NOx | EPA method 7E, or EN 14792 (CLD) |
| CO | EPA method 10, or DIN EN 15058 (NDIR) |
| VOC (NMNEHC) | Evaluated using single determination of $C_xH_y$ from dry exhaust gas with GC-WLD or GC-FID. Every component must be calibrated. Collective test over 30 minutes or the average of 10 single measurements within 30 minutes |
| CH2O | VDI3862-Page 2 (AHMT), or 4 (DNPH), or 8 (FTIR) or equivalent US measurement method, e.g. FTIR according EPA method 320 |
| PM2.5 / PM10 | EN-13284-1 |
| SO2 **) | Wet sampling and ion-chromatography variant according ISO11632 or DIN EN 14791 |

*) Emission values account no measurement tolerances.
**) No guarantee as main impacting factor is typically the Sulphur content of the fuel. Lubrication oil Sulphur is a minor factor and depends on brand and type.

**Definitions:**

NOx as NO2
NMNEHC Non-Methane-Non-Ethane-Hydrocarbons (only $C_xH_y$ species with x>2 + C2H4), calculated as C
CH2O Formaldehyde

**The following criteria apply for demonstration purposes:**

1) Operation will be on Combustion Air and Natural Gas which must meet the INNIO Jenbacher gas quality requirements stated in the Technical Instruction 1000-0300.
2) Emission values are based on the fuel gas analysis (Appendix I).
3) Based on the nominal mass flow provided by the project specific data sheets.
4) For operation between 85% and 100% stable load (not for transient load events in Island mode).
5) The emission values apply after the ATS has reached the specified functional temperature, the reductant dosing release was given, and the Emissions Controller has balanced all actuators to the target value.

INNIO Jenbacher

6) To manage the drift in emission quality of the engine, resulting from an expected upward drift coming from fuel or oil deposits build up in the engine, VoltaGrid shall regularly monitor and control emissions.
7) VoltaGrid shall manage this drift through regular maintenance and repair schedules along with the use of genuine INNIO Jenbacher parts and components.
8) NOx drift can be compensated up to a certain extent, by calibration of engine operating parameters in the DIA.NE XT controls system by specially trained qualified personnel.
9) Excessive deposits resulting from gas or oil related contamination may require the cleaning of the combustion chamber, turbochargers and aftertreatment system.
10) Maintenance and component repairs for the INNIO Jenbacher Gas Engines and ATS equipment is carried out by qualified personnel strictly according to the schedule and repair requirements set by INNIO Jenbacher along with the use of genuine INNIO Jenbacher parts and components.
11) Testing to determine compliance with this commitment will be at the expense of the customer and accomplished by a certified laboratory chosen by the customer. The engine/installation is to be in good working order consistent with INNIO Jenbacher recommended maintenance practices prior to any testing. INNIO Jenbacher reserves the right to participate and/or challenge the results of any testing.

If the engine fails to meet the emissions representations the customer must provide the following supporting documentation to INNIO Jenbacher:
1) Fuel gas samples
2) Complete maintenance records
3) A full report including the calculations and results of any emissions testing.

INNIO Jenbacher will be given a reasonable amount of time to take any or all of the following actions:
- Perform additional testing in an effort demonstrate the emissions representations. If this testing demonstrates compliance with no adjustments required to the engine, customer will pay for added testing. If testing fails to demonstrate compliance with the emissions representations, the testing will be paid for by INNIO Jenbacher.
- Make such adjustments to the engine so as to bring the engine into compliance with the emissions limits provided in this letter.

**Declaration (acc. ISO/IEC 17050-1:2004)**

We hereby confirm that stationary Jenbacher Gas Engines are labelled as follows:

“THIS ENGINE IS EXCLUDED FROM THE REQUIREMENT OF 40 CFR PART 1048 AS A “STATIONARY ENGINE”. INSTALLING OR USING THIS ENGINE IN ANY OTHER APPLICATION MAY BE A VIOLATION OF FEDERAL LAW SUBJECTED TO CIVIL PENALTY AND THE OWNER/OPERATOR MUST COMPLY WITH THE REQUIREMENT OF CFR PART 60. THIS ENGINE IS NOT PART OF A REQUIRED OR VOLUNTARY CERTIFICATION PROGRAM AND IS CLASSIFIED AS NON-CERTIFIED PER 40 CFR PART 60, SUBPART JJJJ”.

INNIO Jenbacher GmbH & Co OG
Achenseestrasse 1-3
6020 Jenbach

Released by: Martin Widner

INNIO Jenbacher

**Appendix I (Binding fuel gas composition used for emissions prediction):**

**Natural Gas: Analysis RBX Oasis Waha Delivery, July 2025**

| Component | Vol% or Mol% |
|---|---|
| Methane (CH4) | 95.340 |
| Ethane (C2H6) | 3.370 |
| Propane (C3H8) | 0.159 |
| Iso-Butane (C4H10) | 0.010 |
| n-Butane (C4H10) | 0.017 |
| Iso-Pentane (C5H12) | 0.003 |
| n-Pentane (C5H12) | 0.003 |
| C6+ | 0.002 |
| CO2 | 0.004 |
| N2 | 1.093 |
| Sulfur | not detectable |